# EXHIBIT N

**Forensic Building Science, Inc.**
2168 Juliet Avenue
St. Paul, Minnesota 55105
Phone: 651-222-6509
www.forensicbuildingscience.com

**Brian Craig Johnson, P.E.**
7600 Chicago Avenue
Richfield, Minnesota 55423
Phone: 612-296-5775
brianjohnsonpe@gmail.com

# Storm Damage Report

**for**

**Brabo International**
11909 Auburn Road
Laredo, TX 78045



Texas Certificate of Authority F-19508
Expires 31 March 2020



12-23-19

**Forensic Building Science, Inc.**

2168 Juliet Avenue
St. Paul, Minnesota 55105
Phone: 651-222-6509
www.forensicbuildingscience.com

**Brian Craig Johnson, P.E.**

7600 Chicago Avenue
Richfield, Minnesota 55423
Phone: 612-296-5775
brianjohnsonpe@gmail.com

| | |
|---|---|
| **Client:** Lundquist Law Firm<br><br>**Project Address:**<br>Brabo International<br>11909 Auburn Road<br>Laredo, TX 78045<br><br>Webb County | **Insurance Carrier:** United Fire & Casualty Company<br><br>**Policy #:** 85318612<br>**Claim #:** 4220117295<br><br>**Reported Date of Loss:** May 21, 2017<br><br>**Claim Type**: Wind and Hail |

**Project Information**

### FIELD REPORT FOR INITIAL STORM DAMAGE INVESTIGATION

**1.0**    **Background Information**:

Forensic Building Science, Inc. (FBS) was contacted by the Lundquist Law Firm to provide an inspection of the exterior and interior of the above-mentioned property and to ascertain the extent of damage caused by wind and hail activity which was reported to have occurred on or around May 21, 2017. FBS retained the services of and worked in conjunction with Brian Johnson P.E.

Prior to inspection of the building FBS/Johnson reviewed the metallurgical testing and findings from Stolk Labs for this site location. Based on our inspection over 80% of the impact markings observed during our inspection had the same visual characteristics as the samples submitted to Stolk Labs prior to our inspection. Based on our on-site observations we did not cut additional holes in the roof assembly and conduct further metallurgical testing.

*Brabo International 11909 Auburn Road – Storm Damage Report*
*Brian C. Johnson, P.E and Forensic Building Science, Inc.*

Page **1** of 35

Brabo 002061

1.1   **NOAA Storm Events Database – May 21, 2017:**
https://www.ncdc.noaa.gov/stormevents/eventdetails.jsp?id=698319

**Event Details:**

| | |
|---|---|
| Event | **Thunderstorm Wind** |
| Magnitude | **83 kts.** |
| State | **TEXAS** |
| County/Area | **WEBB** |
| WFO | **CRP** |
| Report Source | **NWS Storm Survey** |
| NCEI Data Source | **CSV** |
| Begin Date | **2017-05-21 15:28 CST-6** |
| Begin Location | **1S (LRD)LAREDO INTL ARP** |
| Begin Lat/Lon | **27.6004/-99.5173** |
| End Date | **2017-05-21 15:44 CST-6** |
| End Location | **2N LAREDO** |
| End Lat/Lon | **27.5742/-99.4725** |
| Deaths Direct/Indirect | **0/0** (fatality details below, when available...) |
| Injuries Direct/Indirect | **0/0** |
| Property Damage | **20.00M** |
| Crop Damage | **0.00K** |
| Episode Narrative | **Scattered thunderstorms developed over northeast Mexico during the afternoon of the 21st as an upper level disturbance moved across northern Mexico. An intense thunderstorm moved across the Rio Grande into the city of Laredo. Extensive wind damage occurred in the northern parts of Laredo from 80 to 95 mph wind gusts. Five homes were destroyed while around 50 single family and multi-family homes received major damage. Minor damage occurred to around** |

*Brabo International 11909 Auburn Road – Storm Damage Report*
*Brian C. Johnson, P.E and Forensic Building Science, Inc.*

Page **2** of 35

Brabo 002062

| | |
|---|---|
| | 150 single family and multi-family homes. Major damage occurred to five businesses. Hail from golf ball to baseball size inflicted damage to roofs and cars across the city. After heavy rainfall with this storm, a second storm early in the evening produced heavy rainfall that led to flash flooding in the city. |
| Event Narrative | Damage survey in connection with a severe thunderstorm revealed straight-line wind damage along a line around 5 miles in length and 1 mile in width across northwest Laredo. The damage was from west of the intersection of Interstate 69W and Mines Road to the intersection of east Del Mar Boulevard and McPherson Road. Damage was widespread through this area with numerous large tree limbs snapped, shingle damage to homes, dozens of utility poles bent or broken. The most significant damage occurred at the U.S. Customs facility near World Trade Bridge #3 and to homes in the Villas San Agustin neighborhood. At the U.S. Customs facility, several tractor trailers were overturned, and extensive damage occurred to the metal roof of this facility with several air conditioners blown off. Wind gusts were estimated to be between 80 and 95 mph. The World Trade Bridge was closed to commercial cargo traffic for nearly a week. Within the Villas San Agustin subdivision, 4 new homes that were under construction, slid off their foundations and collapsed. Debris from these properties impacted several nearby homes causing extensive damage. Numerous homes in this subdivision lost shingles. Laredo Fire Station #9, located near Interstate 69 and Mines Road, lost its metal roof. Farther southeast, in the Dominion Del Mar, Terra Hills, and Northview subdivisions, numerous large tree limbs were broken, utility poles were bent or broken and a cement wall under construction at the Laredo Fire Department was toppled. |

*Brabo International 11909 Auburn Road – Storm Damage Report*
*Brian C. Johnson, P.E and Forensic Building Science, Inc.*

Brabo 002063

1.2   **NOAA Severe Weather Inventory: Filtered Hail Signatures, May 21, 2017:**
There were seven hail events near the property on this date. The image below
shows 4.00-inch hail approximately 4-miles south/southwest of the property.



*Note: Times are listed in Universal Time (UTC), which is 5 hours ahead of
Central Time Zone (CDT).*

*Brabo International 11909 Auburn Road – Storm Damage Report*
*Brian C. Johnson, P.E and Forensic Building Science, Inc.*

Page **4** of 35

Brabo 002064

### 1.3   NOAA Severe Weather Inventory: Digital Mesocyclone Detection, May 21, 2017:

There were five digital mesocyclones detected near the property on this date. The nearest was approximately 1 mile east of the property.



*Note: Times are listed in Universal Time (UTC), which is 5 hours ahead of Central Daylight Time (CDT).*

*Brabo International 11909 Auburn Road – Storm Damage Report*
*Brian C. Johnson, P.E and Forensic Building Science, Inc.*

Page **5** of 35

Brabo 002065

1.4     **WEATHER EVENT SUMMARY - Laredo, TX May 21, 2017:**
http://www.interactivehailmaps.com/local-hail-map/laredo-tx/#prettyPhoto

At 4:25 pm CDT, a severe thunderstorm was located over Laredo, moving east at 60 mph (radar indicated). Hazards include 60 mph wind gusts and half dollar size hail. Hail damage to vehicles is expected. Expect wind damage to roofs, siding, and trees.

At 4:28 pm CDT, a severe thunderstorm was located over doctor's hospital of Laredo, or over Laredo, moving east at 30 mph (radar indicated). Hazards include 60 mph wind gusts and half dollar size hail. Hail damage to vehicles is expected. expect wind damage to roofs, siding, and trees. Locations impacted include, Laredo, Laredo International Airport, Doctors Hospital of Laredo, Laredo Community College and Laredo Country Club.



*White star indicates approximate location of the property.*

*Brabo International 11909 Auburn Road – Storm Damage Report*
*Brian C. Johnson, P.E and Forensic Building Science, Inc.*

Brabo 002066

1.5     **WEATHER EVENT SUMMARY - Laredo, TX May 21, 2017:**
        https://www.hailpoint.com/14093/details/Laredo--TX-May-21.html



1.6     **News Reports for May 21, 2017 Laredo Storm Event:**
- "The most compelling photos from this summer's massive Laredo thunderstorm" https://www.lmtonline.com/galleries/slideshow/Laredo-slammed-by-severe-thunderstorm-145556/photo-12954114.php
- Video of high winds in Laredo, TX May 21, 2017 https://www.youtube.com/watch?v=12kVrUyW9Pw
- "Severe storm closes international border bridge in Laredo, US-Mexico" https://watchers.news/2017/05/22/nuevo-laredo-tornado-thunderstorm/
- " Laredo, TX Extreme Winds Flooding Damage - 5/21/2017" https://www.youtube.com/watch?v=T4a5SzyzdQU

*Brabo International 11909 Auburn Road – Storm Damage Report*
*Brian C. Johnson, P.E and Forensic Building Science, Inc.*

Brabo 002067

1.7    **Satellite Image of the Property:**



*Google Earth imagery dated April 22, 2017 – before storm event*



*Google Earth imagery dated June 28, 2017 – after storm event*

*Brabo International 11909 Auburn Road – Storm Damage Report*
*Brian C. Johnson, P.E and Forensic Building Science, Inc.*

Brabo 002068

FBS personnel visited the site to take photos and to document damaged locations. These photos are included/attached and are considered part of this report.

1.8   **The following claim related documents have been received:**
- CC Consulting Group – First Report FINAL, dated 11.30.2018
- BSC Forensic Engineer – Metallurgical reports, dated 02.22.2019
- UFG – Estimate for the amount $2,325.22, dated 03.01.2019
- UFG – Denial Letter, dated 03.14.2019
- Brabo Intl Repair Receipts & Invoices from October 2018 and July 2019 totaling $5,515.00
- UFG Policy with issue date 06.30.2016 to 06.30.2017
- Stolk Labs – Hail Damage Analysis Report, dated 08.08.2017
- UPC – Damage Estimate with photos, dated 05.26.2018 for the amount $305,394.89
- UPC – Roof Leak Report, dated 08.13.2018
- UPC – Storm Data & Analysis Report, dated 08.22.2018

1.9   **The following additional documents were used for reference:**
- According to the City of Laredo website, the they have adopted the following building codes:
  - https://www.cityoflaredo.com/building/
  - 2012 International Building Code
  - 2012 International Existing Building Code
  - 2012 International Fire Code
  - 2012 International Mechanical Code
  - 2012 International Plumbing Code
  - 2012 International Fuel Gas Code
  - 2015 International Energy Conservation Code
  - 2011 National Electrical Code
- Photographs from site visits by FBS
- Haag Education Haag Certified Roof Inspector Program, Commercial Edition
- EPA: Moisture Control Guidance for Building Design Construction and Maintenance - Dec 2013 - P100HF07
- ASTM E2128-12 Standard Guide for Evaluating Water Leakage for Buildings
- ASHRAE R-Value Climate Zone Map
- ASTM E108-10a Standard Test Methods for Fire Tests of Roof Coverings
- American Society of Civil Engineers (ASCE) Standard, Guideline for Condition Assessment of the Building Envelope, SEI/ASCE 30-00, 2000.
- American Society of Civil Engineers – "Guideline for the Structural Condition Assessment of Existing Buildings", ANSI/ASCE 11-90, ANSI Approved August 1991.
- American Society of Civil Engineers – "Minimum Design Loads for Buildings and Other Structure", ANSI/ASCE 7-95, Approved June 1996, ASCE 7-05 and related Commentaries

*Brabo International 11909 Auburn Road – Storm Damage Report*
*Brian C. Johnson, P.E and Forensic Building Science, Inc.*

Page **9** of 35

Brabo 002069

- ASTM D7053 / D7053M - 17 Standard Guide for Determining and Evaluating Causes of Water Leakage of Low-Sloped Roofs
- SPRI, Construction-Generated Moisture and Its Effect on Roofing Systems, August 2008
- AISC: "Steel Construction Manual" American Institute of Steel Construction
- AISI: "Cold Formed Steel Design Manual" American Iron and Steel Institute
- RS-738-Insulation Installation Instructions
- ASHRAE R-Value Climate Zone Map
- Code referenced standards: FM 4470, UL 1256, and CAN/ULC – S126M
- Texas Board of Professional Engineers, Advisory Ruling October 7, 2004 "Policy Advisory Opinion Regarding Structural or Mechanical Modifications to Building Roofs"
- ANSI/SPRI ES-1 Wind Design Standard for Edge Systems Used with Low Slope Roofing Systems. 1998, 2003, 2011. Code reference standard
- An Analysis of Wind Load Design – Load Side. GAF Blog, by Jim Kirby – November 30, 2017
- ASTM C1153 - 10(2015) Standard Practice for Location of Wet Insulation in Roofing Systems Using Infrared Imaging
- Metal vs. Mother Nature (hail) By: Jim Austin | March 13, 2013
- MCA Metal Roofing Installation Manual 2014.
- MCA Technical Bulletin: Static and Dynamic Analysis of Metal Roof Systems.
- MCA Technical Bulletin: Roof Covering Repair Requirements and the International Codes.
- "Sealing and Flashing Metal Roofs" Journal of Light Construction, Rob Haddock, January 2000.
- FEMA: Metal Roof Systems in High-Wind Regions
- Ice Ball Impact Testing of Siding, Haag Engineering: March 2012
- Specification Test Standard for Impact Resistance Testing of Rigid Roofing Material by Impacting with Freezer Ice Balls, FM4473. July 2005.
- Hail:  Sizing It Up! By Vickie Crenshaw and Jim D. Koontz, Western Roofing May/June 2002.
- Galvalume Steel Roof Hail Damage: J.E.I. Metallurgical, Inc, R. Craig Jerner, Ph.D., P.E.
- United States Steel Technical Bulletin # TBP 2012.17: Hail Damage On Coated Sheet Steel Roofing
- ASTM E1514 98 Standard Specification for Structural Standing Seam Steel Roof Panel Systems.
- ASTM E573-01(2013) Standard Practies for Internal Reflection Spectroscopy.

*Brabo International 11909 Auburn Road – Storm Damage Report*
*Brian C. Johnson, P.E and Forensic Building Science, Inc.*

Page **10** of 35

Brabo 002070

**2.0**     <u>**Structure Information**</u>:



*Google Earth imagery of terrain surrounding property dated April 22, 2017*

2.1     Brabo International Building is located in a Commercial Business District.
Representatives at the property noted the building was constructed by ownership
around 2001, and the metal roof is original. The area surrounding the property is
composed of large commercial warehousing and parking lots. Structures of similar
height and construction lie to the north and east. To the south are buildings and a
large open field, to the immediate west there is open land of concrete and low
vegetation. Per ASCE 7-10, the terrain surrounding the building is best categorized
as Surface Roughness C, leading to a Wind Exposure Category C designation, as
defined in the ASCE-7, historically, at the time of loss, and currently.

*Brabo International 11909 Auburn Road – Storm Damage Report*
*Brian C. Johnson, P.E and Forensic Building Science, Inc.*

Brabo 002071

### 26.7.2 Surface Roughness Categories

A ground Surface Roughness within each $45^\circ$ sector shall be determined for a distance upwind of the site as defined in Section 26.7.3 from the categories defined in the following text, for the purpose of assigning an exposure category as defined in Section 26.7.3.

Surface Roughness B: Urban and suburban areas, wooded areas, or other terrain with numerous closely spaced obstructions having the size of single-family dwellings or larger.

Surface Roughness C: Open terrain with scattered obstructions having heights generally less than 30 ft (9.1 m). This category includes flat open country and grasslands.

Surface Roughness D: Flat, unobstructed areas and water surfaces. This category includes smooth mud flats, salt flats, and unbroken ice.

**Source: ASCE 7-10**

### 26.7.3 Exposure Categories

Exposure B: For buildings with a mean height of less than or equal to 30 ft (9.1 m), Exposure B shall apply where the ground surface roughness, as defined by Surface Roughness B, prevails in the upwind direction for a distance greater than 1,500 ft (457 m). For buildings with a mean roof height greater than 30 ft (9.1 m), Exposure B shall apply where Surface Roughness B prevails in the upwind direction for a distance greater than 2,600 ft (792 m) or 20 times the height of the building, whichever is greater.

Exposure C: Exposure C shall apply for all cases where Exposure B or D do not apply.

Exposure D: Exposure D shall apply where the ground surface roughness, as defined by Surface Roughness D, prevails in the upwind direction for a distance greater than 5,000 ft (1,524 m) or 20 times the building height, whichever is greater. Exposure D shall also apply where the ground surface roughness immediately upwind of the site is B or C, and the site is within 600 ft (183 m) or 20 times the building height, whichever is greater, from an Exposure D condition, as defined in the previous sentence.

**Source: ASCE 7-10**

2.2    Temporary repairs have been made after the storm and prior to our assessment, throughout the property. Many of these repairs were made at the expense of the owners. Temporary repairs to the property are as follows:
- Water remediation
- Roof repairs
- Repair and replacement of interior water damage including painting

*Brabo International 11909 Auburn Road – Storm Damage Report*
*Brian C. Johnson, P.E and Forensic Building Science, Inc.*

Brabo 002072

### 3.0 **Roof Observations**:

The standing seam metal roof showed impact damage throughout rooftop. Hail impacts were observed on parapet wall, air conditioning unit, and electrical equipment. Several other areas were also affected by wind damage which included panel shift and panel separation. Hail spatter marks and indentations were measured on the metal roofing with some demarcations measuring up to 1.50 inches. Impact damage was observed in total  on the metal roofing consistent with up to 2.00" hail. These indentations restricted water flow and collected debris within the indents.

When the indentations caused by hail were cleaned of pollutants, close up photos showed striations consistent with permanent deformation (strain hardening) and damage to the galvalume coating and corrosion. Photos taken at non damaged areas did not have these same characteristics. This was consistent with testing performed by Stolk Labs.

The roof assemblies on the buildings were fully assessed. Complete visual inspections were done, and a representative sample of various damage patterns were recorded. Damage on the roof was consistent with the storm event. The extent of damage varied as one would expect. See *Brabo Intl - 11909 Auburn - Roof Photo Log 10-14-19 SRD* for documented damages.

### 3.1 **Rooftop Damage:**
Damage to the roof related to hail, wind and rain includes, but may not be limited to, the following:
- Damage to parapet walls
- Damaged roof
- Cracks in the parapet wall
- Damage to air conditioning components
- Damaged by replacement of metal roof section
- Close up photos showed striations consistent with permanent deformation (strain hardening) and damage to the galvalume coating




Severe oil canning and panel shift



Hail impact on roof parapet

*Brabo International 11909 Auburn Road – Storm Damage Report*
*Brian C. Johnson, P.E and Forensic Building Science, Inc.*

Brabo 002073



Metal panel  displaced



Impact damage to metal roof



Impact damage to roof



Impact damage to roof



Impact damage to roof



Impact damage to A/C condenser

*Brabo International 11909 Auburn Road – Storm Damage Report*
*Brian C. Johnson, P.E and Forensic Building Science, Inc.*

Brabo 002074



Large spatter marks on electrical equipment



Replaced panel for testing



Damaged replaced panel



Damaged replaced panel



Damaged replaced panel



Replaced panel for testing

*Brabo International 11909 Auburn Road – Storm Damage Report*
*Brian C. Johnson, P.E and Forensic Building Science, Inc.*

Brabo 002075



Typical hail damage



Large hail impact marks

*Brabo International 11909 Auburn Road – Storm Damage Report*
*Brian C. Johnson, P.E and Forensic Building Science, Inc.*

Brabo 002076



Typical panel wind uplift and hail damage (blue arrows)



Typical panel distortion and wind uplift overview

*Brabo International 11909 Auburn Road – Storm Damage Report*
*Brian C. Johnson, P.E and Forensic Building Science, Inc.*

Page **17** of 35

Brabo 002077



Typical panel distortion and uplift due to wind



Panel distortion and bent fastener

*Brabo International 11909 Auburn Road – Storm Damage Report*
*Brian C. Johnson, P.E and Forensic Building Science, Inc.*

Page **18** of 35

Brabo 002078



Panel pulled apart at joint with uplift at fasteners



Hail damage and panel uplift

*Brabo International 11909 Auburn Road – Storm Damage Report*
*Brian C. Johnson, P.E and Forensic Building Science, Inc.*

Brabo 002079

## 3.2 Infrared Scanning of Roof:

Infrared scanning was performed on the interior during FBS's site inspection. See *Brabo Intl - 11909 Auburn - Infra-Red Photo Log 10-14-19 KJS* for documented damages. The following observations were made:

- Anomalies at water damaged locations was observed
- Anomalies on the low slope roof were present


Underside of roof deck


IR anomaly of previous photo


Underside of roof deck


IR anomaly of previous photo

*Brabo International 11909 Auburn Road – Storm Damage Report*
*Brian C. Johnson, P.E and Forensic Building Science, Inc.*

Brabo 002080




Underside of roof deck                    IR anomaly of previous photo

### 4.0   Exterior Observations:

All accessible areas of the exterior were inspected. A representative number of damaged areas were photographed and documented. See *Brabo Intl - 11909 Auburn - Exterior Photo Log 10-14-19 GD* for documented damaged.

### 4.1   Exterior Façade Damage:

Damage to the exterior related to hail, wind and rain through wind-created openings includes, but may not be limited to, the following:

- Wall cracking
- Water damage to painted surfaces
- Cohesion failure
- Damage to windows




Overview of front elevation               Overview continued

*Brabo International 11909 Auburn Road – Storm Damage Report*
*Brian C. Johnson, P.E and Forensic Building Science, Inc.*

Brabo 002081



Right elevation



Left elevation



Rear elevation



Rear elevation continued



Cohesion failure on wall



Separation of wall

*Brabo International 11909 Auburn Road – Storm Damage Report*
*Brian C. Johnson, P.E and Forensic Building Science, Inc.*

Brabo 002082



Cohesion failure on wall

Cohesion failure on wall

Cohesion failure at window frame

Cohesion failure

Water damage to light and soffit

Crack in ceiling, see previous photo

*Brabo International 11909 Auburn Road – Storm Damage Report*
*Brian C. Johnson, P.E and Forensic Building Science, Inc.*

Page **23** of 35

Brabo 002083

**5.0** **Interior Observations:**

The interior of the building was inspected. A representative number of damaged areas were photographed and documented. See *Brabo Intl - 11909 Auburn - Interior Photo Log 10-14-19 GD* and *Brabo Intl - 11909 Auburn - Interior Warehouse Photo Log 10-14-19 GD* for documented damages.

**5.1** **Interior Damage:**

Damage to the interior related to the storm includes, but may not be limited to, the following:

- Water damage to painted gypsum board ceilings, walls, and areas around windows
- Water damage to suspended ceiling tiles
- Water damage to insulation below roof deck
- Water damage to painted surfaces



Overview of office area



Water damage to ceiling tiles



Overview of warehouse area



Water damage to insulation below roof deck

*Brabo International 11909 Auburn Road – Storm Damage Report*
*Brian C. Johnson, P.E and Forensic Building Science, Inc.*

Page **24** of 35

Brabo 002084



Water damage to ceiling



Displaced insulation on ceiling



Damaged ceiling insulation



Damaged insulation, exposed roof deck



Wall is displaced



Close-up of previous photo

*Brabo International 11909 Auburn Road – Storm Damage Report*
*Brian C. Johnson, P.E and Forensic Building Science, Inc.*

Brabo 002085

5.2 **Window Damage:**

Windows consist of painted aluminum clad, and fixed picture type, typical in these types of structures. The pressures exerted on a building due to wind will be primarily perpendicular or out-of-plane to the walls and other surfaces. This means that the deflection and any displacement of the building components will generally be perpendicular, or out-of-plane to the walls as opposed to in-plane. Water leaks were reported to have occurred to the interior of the buildings in some areas at window locations.

We observed displacement of frame to frame butt joints at intersecting members, we also observed cohesion failure at the intersection of the window frame to rough opening intersections. In our opinion, this cohesion failure was consistent with the hurricane force wind damage during the storm. In other instances, there were clear signs of window frames that had been displaced from their original position. This was also consistent with damage caused by wind. In many cases, water damage was observed around windows throughout the interior.


Cohesion failure to window


Cohesion failure at window frame


Window frame is displaced

*Brabo International 11909 Auburn Road – Storm Damage Report*
*Brian C. Johnson, P.E and Forensic Building Science, Inc.*

Brabo 002086



Window glazing is damaged



Window frame displacement



Window frame is displaced



Close-up of previous photo

## 6.0   <u>Review of Stolk Labs Report</u>

Prior to our inspection, the building owner had metallurgical testing done on hail damages samples taken from this roof assembly. In that report, Stolk reached the following conclusions:

### <u>*Executive Summary*</u><u>:</u>

*"Physical damage sustained by metal roof panels in a hailstorm were investigated and the results presented in detail.  Scientific evidence showed a significant loss of roof panel integrity in hailstone impact regions.  Cross-sections through the impact craters revealed microcracking of the protective coating, loss of bonding to steel base metal, and corrosion cell development.  All these laboratory-documented factors resulted in a direct loss of expected roof performance and lifespan.  Because of the oxidized nature of the roof coating, re-coating is not possible and the affected roof panels should be replaced."*

*Brabo International 11909 Auburn Road – Storm Damage Report*
*Brian C. Johnson, P.E and Forensic Building Science, Inc.*

Brabo 002087

*Conclusions:*

 *Results of the roof inspections, panel sampling, laboratory testing, physical-chemical analyses, microscopic evaluation of the impact sites, and interpretation of the results led to the following:*

*1) The metallurgical bond between the protective aluminum roof coating and steel substrate had been permanently damaged at hailstone impact sites, which diminished the expected lifespan of the roof.*

*2) A corrosion-inhibiting barrier, passively formed as aluminum oxide, had been removed by the hailstone impact forces and exposed underlying coating to new corrosive attack.*

*3) Accelerated localized corrosion pitting due to hail-induced damage along with additional mechanical stress increased the corrosion rate in the damaged steel roof panels.*

 *4) Hail-induced depressions had allowed accumulated moisture and corrosive elements thereby increasing surface and subsurface corrosion.  Much pinpoint and crevice corrosion was observed at hail impact sites.*

*5) The presence of sulfur and chlorine ions in the hail depressions or craters had additionally accelerated corrosive attack of damaged hot-dipped aluminum layer.*

*6) Since the hailstorm event, the roof panels had randomly "lost" more than half of their protective coating thickness due to corrosion where hail struck.*

 *7) Due to differential oxygen availability in hail impact sites and loss of lateral corrosion barrier protection, corrosion of the roof panels with hail damage will continue in the future and, therefore, the panels should be replaced before imminent deep steel corrosion and perforation.*

## 7.0   **Causation Statement**:

At this location, consistent with industry methodology and published ASTM standards, we conducted a three-part inspection in this matter. The first part of all inspections consists of a detailed visual on-site analysis looking at the conditions on the site at the time of the inspection primarily focused on the exterior envelope including roof assemblies and foundations on the four sides of the building. The goal of the visual inspection is to look for anything indicative of this building changing from its original construction.

The second part of our inspection is the document review which includes analyzing the maintenance and service history when available, various damage patterns indicative of pre or post storm events and building blueprints when available. In addition, we interview tenants, building owners, and others who may have been there before and after the event occurred. The next phase is to conduct more detailed inspection which include quantification of damages (e.g. number of hail hits within a quantifiable area of a roof assembly and accounting for wind speeds), separating out pre-storm damage and other types of damage, including defects in design, improper installation or lack of maintenance. This condition assessment is essential in developing a damage causation theory and scope of repairs. In some instances, invasive inspections are performed. Ensuing damage to the interior elements was also documented. This damage is also segregated between damage that existed before the storm and new damage that has occurred as a result of the storm.

7.1    Based upon our review of the documents submitted to us for review prior and after our inspection and on-site inspection, and the observations collected by FBS from the property during our inspection, we have concluded that the roof assembly and some interior finishes were damaged by hail, wind and rain through wind-created openings on May 21, 2017. All damaged materials must be replaced.

7.2    Based upon our training, education, experience, the information gathered during our inspections, the testing performed by Stolk Labs and upon a reasonable degree of building science and engineering certainty, it is more likely than not that the observed damage is a result of the subject storm event. On the reported date of loss, there was sufficient wind, rain and hail to cause the above-referenced damage.

7.3    Based on our interior inspection of the buildings and the information provided to FBS regarding when the leaking began in relation to the date of loss, including the location of these leaks, we have concluded that it is more likely than not, that the wind and ensuing water damage we observed was a result of the above referenced storm event. FBS was on site when the area was experiencing light rain—as such, we were able to independently correlate and validate the location of several of the leaks (previously identified by UPC and the on-site personnel in the Roof Leak Report) as the same general location of leaks which occurred for the first time after May 2017.

7.4    Based on the on-site data and measurement of impact marks, 1.25 to 2.00-inch hail from the storm event fell at this location and was of sufficient size and density to damage the roof metals.

7.5    In addition, winds reported by numerous sources as high as 90 miles per hour caused noticeable roof panel uplift, panel separation, permanent panel distortion, compression and bending of fasteners, and storm created openings at seams.  While damage from the hail was sufficient to warrant replacement of the roof assembly, damage from the wind was also sufficient to require full replacement. In our opinion, interior water damage resulted from the wind damaged panels and not from

*Brabo International 11909 Auburn Road – Storm Damage Report*
*Brian C. Johnson, P.E and Forensic Building Science, Inc.*

Brabo 002089

the hail damage. Failure to completely remove and replace the damaged assemblies at the property will result in additional damage to the interior due to water intrusion.

7.6     Damage to the galvanized panels identified by Stolk utilizing ***Visual Examination & Photo Documentation***, Stereomicroscopy, FTIR Analysis, Scanning Electron Microscopy & Metallography, and EDX Composition Analyses concluded that the samples submitted were damaged by hail and damaged panels should be replaced due to loss of life expectency.

7.7     FBS/Johnson also performed ***Visual Examination & Photo Documentation*** and identified **"impact markings"** from hail consistent with the **"impact damage"** identified by Stolk Labs in its testing. These impact locations covered over 80% of the roof panel surfaces. Based on our findings entire replacement of the roof assembly is required.

**8.0     Conclusions:**

8.1     Hail and wind caused damage to the roof system and exterior on May 21, 2017. According to our review of NOAA reports, hail between 1.00" and 4.00" in size fell within the vicinity of the property. Since the May 21, 2017 storm, multiple locations in the building are reported to leak after rain events. FBS witnessed this leaking during its inspection. In our opinion, full replacement of the roof system, metal flashings, siding, gutters and downspouts will be required.

8.2     Damage to the metal roof panels from hail covered 80% of the overall roof area. The indentations were consistent with damaged samples from the same roof submitted to and tested by Stolk Labs. Stolk concluded these impact locations were damaged:

*1) The metallurgical bond between the protective aluminum roof coating and steel substrate had **been permanently damaged at hailstone impact sites**, which diminished the expected lifespan of the roof.*

*2) A corrosion-inhibiting barrier, passively formed as aluminum oxide, had been removed by the hailstone impact forces and **exposed underlying coating to new corrosive attack.***

*3) Accelerated localized corrosion pitting due to hail-induced damage along with additional mechanical stress **increased the corrosion rate** in the damaged steel roof panels.*

*4) Hail-induced depressions had allowed accumulated moisture and corrosive elements thereby increasing surface and subsurface corrosion. Much **pinpoint and crevice corrosion was observed at hail impact sites.***

*5) The presence of sulfur and chlorine ions in the hail depressions or craters had additionally accelerated corrosive attack of damaged hot-dipped aluminum layer.*

*Brabo International 11909 Auburn Road – Storm Damage Report*
*Brian C. Johnson, P.E and Forensic Building Science, Inc.*

Brabo 002090

> ***6) Since the hailstorm event, the roof panels had randomly "lost" more than half of their protective coating thickness due to corrosion where hail struck.***

> ***7) Due to differential oxygen availability in hail impact sites and loss of lateral corrosion barrier protection, <u>corrosion of the roof panels with hail damage will continue in the future</u> and, therefore, <u>the panels should be replaced</u> before imminent deep steel corrosion and perforation.***

8.1   Damage to these metal roof panels from hail created a variety of indentations that continue to collect debris, sediment and water.  According to the MCA Roofing Installation Manual Circa 2014, among other sources cited above, even small amounts of trapped water can cause premature corrosion to occur at the impact locations:

> ***("Corrosion is the process in which a solid, especially a metal, degrades and changes by a chemical action. For example, oxidation of iron in the presence of water by an electrolytic process is a form of corrosion. It forms iron oxide or rust. Oxidation requires both moisture and air in order to occur…Oxidation can occur very rapidly when excess water remains on a metal surface.***"). e.g. For example, when indentations made by hail slows water run off at the indentation location allowing for pollutants to collect.

> Indentations are less ductile (and more prone to puncture from future hail and normal weathering effects) than the metal prior to hail impact as the areas are permanently deformed by stressing the metal into the strain-hardening region. These indentations are not expected to diminish with time.

8.2   Damage caused by wind included metal crimping, uplift, permanent panel distortion, seam separation, and storm created openings in the roof assembly. Damage from wind requires full replacement of the roof panels.  Based on similar projects, the age and condition of the panels, surgical repairs to individual panels will likely damage surrounding panels and any underdeck insulation. Any damage to structural elements (roof deck, clips, fasteners, purlins) will require sealed details from a licensed civil or structural engineer before reuse.

**9.0   <u>Code Discussion</u>:**

9.1   **2015 IECC (International Energy Conservation Code) Definitions**
ROOF ASSEMBLY: *"A system designed to provide weather protection and resistance to design loads. The system consists of a roof covering and roof deck or a single component serving as both the roof covering and the roof deck. A roof assembly includes the roof covering, underlayment, roof deck, insulation, vapor retarder and **<u>interior finish</u>**."*

The key component here is that the energy code includes the "interior finish". Because the roof membrane in this case creates the vapor and air barrier above the

*Brabo International 11909 Auburn Road – Storm Damage Report*
*Brian C. Johnson, P.E and Forensic Building Science, Inc.*

Brabo 002091

conditioned space all water damaged elements in the assembly must be replaced. Including roof deck insulation.

Interior Finish is defined as:
**INTERIOR FINISH:** *"Interior finish includes interior wall and **ceiling finish** and interior floor finish."*

Interior wall and Ceiling Finish is defined as:
**INTERIOR WALL AND CEILING FINISH:** *"The exposed interior surfaces of buildings, including but not limited to: fixed or movable walls and partitions; toilet room privacy partitions; columns; **ceilings;** and interior wainscoting, paneling or other **finish applied** structurally or **for decoration, acoustical correction,** surface insulation, structural fire resistance or similar purposes, but not including trim."*

If water damage has occurred to the interior finish, for example the ceiling tiles (which are for decoration, acoustical corrections and provide fire resistance) which require replacement, then the remaining parts of the roof assembly up to the roof covering (working inside out) must also be examined and likely replaced. Coring will typically reveal either presence of water or signs that water did enter. Most of, if not all of the products used in the "roof assembly" are not intended by the manufacturer to get wet and water damage can be identified. In this case, the water damage has occurred requiring replacement of the roof assembly insulation and the roof covering in order to access this insulation.

9.2     **The 2012 IBC (International Building Code):**
The following provision in the code regarding roof recovering is applicable to this property:

> **1511.3.1.1 Exceptions.** A *roof recover* shall not be permitted where any of the following conditions occur:
>
> 1. Where the existing roof or roof covering is water soaked or has deteriorated to the point that the existing roof or roof covering is not adequate as a base for additional roofing.
> 2. Where the existing roof covering is slate, clay, cement or asbestos-cement tile.
> 3. Where the existing roof has two or more applications of any type of roof covering.

9.3     **The 2012 IEBC (International Existing Building Code):**
The following provision in the code regarding roof recovering is applicable to this property:

**[BS] 705.3 Roof replacement**

*Roof replacement* shall include the removal of all existing layers of roof coverings down to the roof deck.

**Exception:** Where the existing roof assembly includes an ice barrier membrane that is adhered to the roof deck, the existing ice barrier membrane shall be permitted to remain in place and covered with an additional layer of ice barrier membrane in

*Brabo International 11909 Auburn Road – Storm Damage Report*
*Brian C. Johnson, P.E and Forensic Building Science, Inc.*

Page **32** of 35

Brabo 002092

accordance with Section 1507 of the *International Building Code*.

**[BS] 705.3.1 Roof recover**
The installation of a new roof covering over an existing roof covering shall be permitted where any of the following conditions occur:

1. The new roof covering is installed in accordance with the roof covering manufacturer's approved instructions.
2. Complete and separate roofing systems, such as standing-seam metal roof panel systems, that are designed to transmit the roof loads directly to the building's structural system and that do not rely on existing roofs and roof coverings for support, are installed.
3. Metal panel, metal shingle and concrete and clay tile roof coverings are installed over existing wood shake roofs in accordance with Section 705.4.
4. A new protective *roof coating* is applied over an existing protective *roof coating*, a metal roof panel, metal roof shingles, mineral-surfaced roll roofing, a built-up roof, modified bitumen roofing, thermoset and thermoplastic single-ply roofing or a spray polyurethane foam roofing system.

**[BS] 705.3.1.1 Exceptions**

A roof recover shall not be permitted where any of the following conditions occur:

1. The existing roof or roof covering is water soaked or has deteriorated to the point that the existing roof or roof covering is not adequate as a base for additional roofing.
2. The existing roof covering is slate, clay, cement or asbestos-cement tile.
3. The existing roof has two or more applications of any type of roof covering.

**10.0   Requirements / Recommendations:**

Based on the findings during the investigation, we recommend the following steps be taken:

1. Follow all applicable building codes.
2. Remove all existing roofing materials down to the roof purlins.
3. Remove all insulation which will be damaged during reroofing.
4. Replace all roofing materials, cap flashings and appurtenances with new. Include adding additional insulation to meet current Energy Codes.

**NOTE: THIS WILL REQUIRE INSTALLATION OF STANCHIONS ONTO PURLINS TO ALLOW FOR 3" FOAM INSULATION TO MEET ENERGY**

*Brabo International 11909 Auburn Road – Storm Damage Report*
*Brian C. Johnson, P.E and Forensic Building Science, Inc.*

Page **33** of 35

Brabo 002093

**CODES. THIS WILL REQUIRE ADDITIONAL ENGINEERING DESIGN FEES TO RETROFIT THE STRUCTURE FOR WIND LOAD.**

5. Alternate construction techniques may be acceptable provided a licensed design professional approves and signs and stamps plans and or shop drawings for these repairs. Means and methods are the contractor's responsibility.

6. Conform to any special inspection and testing schedules issued by the engineer.

7. Contractor is solely responsible for adherence to all applicable safety requirements for work at heights.

8. Contractor shall remain on alert for signs of mold during repairs and construction.

9. Energy code requirements have not been reviewed. Scope of work for this project is structural only. Integration of existing building systems with vapor retarders, application of sealants, flashing and other items are the responsibility of the contractor.

10. Stability during construction is the responsibility of the Contractor. Structure as detailed is intended to be stable once all sheathing and fasteners are in place.

11. Remove water damaged interior materials and effect repairs pursuant to current published guidelines by ANSI/IICRC S500 – "Water Damage Restoration." This will include interior environmental controls.

**11.0  <u>Authors Statement</u>:**

This report is jointly authored by Brian Craig Johnson, P.E, and Jeremy Lansdown and Tom Irmiter, of Forensic Building Science, Inc. All three have reviewed each other's contributions to this report and concur with the overall content of the report.

11.1  Jeremy Lansdown contributed to the background information and oversaw site investigations. In addition, he assisted in compiling the estimate.

11.2  Brian Craig Johnson contributed to the Causation and Engineering analysis and failure mechanisms to the structure as a direct result the storm and evaluated repairability issues.

11.3  Tom Irmiter drafted the report and contributed to the weather data, the documents section, the Causation analysis, code review and damage model with estimated costs to restore the building to a preloss condition.

*Brabo International 11909 Auburn Road – Storm Damage Report*
*Brian C. Johnson, P.E and Forensic Building Science, Inc.*

Page **34** of 35

Brabo 002094

Discovery is ongoing. Additional testing and inspections may need to be performed and additional and/or supplemental information and opinions may be contained in future reports issued by Forensic Building Science, Inc. This report is the exclusive property of the client noted previously and cannot be relied upon by a third party. Copies of this report are released to third parties only by written permission of the client.

Please contact our office should you have any questions or need additional information.

Respectfully submitted,

_____12-23-19_____
Jeremy Lansdown                                                                                    Date
Project Manager, Forensic Building Science, Inc.


_____12-23-19
Tom Irmiter, President, Forensic Building Science, Inc.                                Date
Building Causation, Code and Damages Consultant

*Brabo International 11909 Auburn Road – Storm Damage Report*
*Brian C. Johnson, P.E and Forensic Building Science, Inc.*

Brabo 002095

1



| | |
|---|---|
| Insured: | Brabo International - 11909 Auburn Rd. |
| Property: | 11909 Auburn Rd. |
| | Laredo, TX 78045 |
| | |
| Estimator: | Tom Irmiter |

**Claim Number:**                    **Policy Number:**                    **Type of Loss:** Wind/Hail

| | | | |
|---|---|---|---|
| Date of Loss: | 5/21/2017 12:00 AM | Date Received: | |
| Date Inspected: | 10/16/2019 12:00 AM | Date Entered: | 11/12/2019 9:24 AM |
| | | | |
| Price List: | TXCC8X_NOV19 | | |
| | Restoration/Service/Remodel | | |
| Estimate: | BRABOINTERNATIONAL | | |

**OPENING STATEMENT:**

**OPCC   (OPINION OF PROBABLE CONSTRUCTION COST)**

1). This Estimate is predicated on the quantity survey which precedes herewith. The survey is subject to mechanical and human error. This estimate is now, therefore subject to revision contingent on the discovery of mechanical and / or human error.

Brabo 002096



**BRABOINTERNATIONAL**

Exterior



| Exterior | Height: 16' |
|---|---|
| 7469.04 SF Walls | 12804.36 SF Ceiling |
| 20273.39 SF Walls & Ceiling | 12804.36 SF Floor |
| 1422.71 SY Flooring | 466.81 LF Floor Perimeter |
| 466.81 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1.  Clean with pressure/chemical spray | 7,469.04 SF | 0.32 | 191.65 | 479.00 | 3,060.74 | (0.00) | 3,060.74 |
| 2.  Stucco patch / small repair - ready for color | 128.00 EA | 166.44 | 139.94 | 4,288.84 | 25,733.10 | (0.00) | 25,733.10 |
| *Allowance to repair damaged stucco* | | | | | | | |
| 3.  Seal & paint stucco | 7,469.04 SF | 1.16 | 121.37 | 1,757.10 | 10,542.56 | (0.00) | 10,542.56 |
| *Allowance to paint stucco repair areas and tilt wall* | | | | | | | |
| -----------------------------DOORS & WINDOWS----------------------------- | | | | | | | |
| 4.  R&R Storefront door - alum. anodized frame, 3'x7' -Double pane | 1.00 EA | 1,947.19 | 114.20 | 412.28 | 2,473.67 | (0.00) | 2,473.67 |
| 5.  R&R Storefront - aluminum anodized frame - Double pane | 588.00 SF | 26.58 | 703.25 | 3,266.48 | 19,598.77 | (0.00) | 19,598.77 |
| **Totals:  Exterior** | | | **1,270.41** | **10,203.70** | **61,408.84** | **0.00** | **61,408.84** |
| **Total:  Exterior** | | | **1,270.41** | **10,203.70** | **61,408.84** | **0.00** | **61,408.84** |

Interior

**Interior**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| -----------------------------INSULATION----------------------------- | | | | | | | |
| 6.  R&R Vinyl-faced/laminated insulation - 3" | 12,633. SF 32 | 0.96 | 410.58 | 2,507.72 | 15,046.29 | (0.00) | 15,046.29 |
| **Total:  Interior** | | | **410.58** | **2,507.72** | **15,046.29** | **0.00** | **15,046.29** |

Brabo 002097

3





### Warehouse Office 1 — Height: 8'

|  |  |
|---|---|
| 404.48 SF Walls | 148.01 SF Ceiling |
| 552.49 SF Walls & Ceiling | 148.01 SF Floor |
| 16.45 SY Flooring | 53.46 LF Floor Perimeter |
| 53.46 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| ---------- CEILINGS---------- | | | | | | | |
| 7.  R&R Suspended ceiling system - 2' x 4' | 148.01 SF | 4.03 | 14.82 | 122.26 | 733.56 | (0.00) | 733.56 |
| ---------- ELECTRICAL ----------- | | | | | | | |
| 8.  R&R Fluorescent - acoustic grid fixture - four tube, 2'x 4' | 2.00 EA | 221.48 | 9.16 | 90.42 | 542.54 | (0.00) | 542.54 |
| -------- HVAC - ACCESSORIES ------- | | | | | | | |
| 9.  R&R Ceiling diffuser - square, lay-in - 24" | 1.00 EA | 110.07 | 4.35 | 22.90 | 137.32 | (0.00) | 137.32 |
| **Totals:  Warehouse Office 1** | | | **28.33** | **235.58** | **1,413.42** | **0.00** | **1,413.42** |



### Warehouse Office 2 — Height: 8'

|  |  |
|---|---|
| 316.70 SF Walls | 95.27 SF Ceiling |
| 411.97 SF Walls & Ceiling | 95.27 SF Floor |
| 10.59 SY Flooring | 39.59 LF Floor Perimeter |
| 39.59 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| ---------- CEILINGS---------- | | | | | | | |
| 10.  R&R Suspended ceiling system - 2' x 4' | 95.27 SF | 4.03 | 9.54 | 78.70 | 472.18 | (0.00) | 472.18 |
| ---------- ELECTRICAL ----------- | | | | | | | |
| 11.  R&R Fluorescent - acoustic grid fixture - four tube, 2'x 4' | 2.00 EA | 221.48 | 9.16 | 90.42 | 542.54 | (0.00) | 542.54 |
| -------- HVAC - ACCESSORIES ------- | | | | | | | |
| 12.  R&R Ceiling diffuser - square, lay-in - 24" | 1.00 EA | 110.07 | 4.35 | 22.90 | 137.32 | (0.00) | 137.32 |
| **Totals:  Warehouse Office 2** | | | **23.05** | **192.02** | **1,152.04** | **0.00** | **1,152.04** |

Brabo 002098





### Reception                                                    Height: 9'

| | |
|---|---|
| 267.64  SF Walls | 44.75  SF Ceiling |
| 312.40  SF Walls & Ceiling | 44.75  SF Floor |
| 4.97  SY Flooring | 29.74  LF Floor Perimeter |
| 29.74  LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| ----------- CEILINGS----------- | | | | | | | |
| 13.  R&R Suspended ceiling system - 2' x 4' | 44.75 SF | 4.03 | 4.48 | 36.96 | 221.79 | (0.00) | 221.79 |
| ----------- ELECTRICAL ----------- | | | | | | | |
| 14.  R&R Fluorescent - acoustic grid fixture - four tube, 2'x 4' | 2.00 EA | 221.48 | 9.16 | 90.42 | 542.54 | (0.00) | 542.54 |
| -------- HVAC - ACCESSORIES ------- | | | | | | | |
| 15.  R&R Ceiling diffuser - square, lay-in - 24" | 1.00 EA | 110.07 | 4.35 | 22.90 | 137.32 | (0.00) | 137.32 |
| **Totals:  Reception** | | | **17.99** | **150.28** | **901.65** | **0.00** | **901.65** |



### Main Office                                                  Height: 9'

| | |
|---|---|
| 2375.25  SF Walls | 1642.55  SF Ceiling |
| 4017.81  SF Walls & Ceiling | 1642.55  SF Floor |
| 182.51  SY Flooring | 263.92  LF Floor Perimeter |
| 263.92  LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| ----------- CEILINGS----------- | | | | | | | |
| 16.  R&R Suspended ceiling system - 2' x 4' | 1,642.55 SF | 4.03 | 164.42 | 1,356.78 | 8,140.68 | (0.00) | 8,140.68 |
| ----------- ELECTRICAL ----------- | | | | | | | |
| 17.  R&R Fluorescent - acoustic grid fixture - four tube, 2'x 4' | 22.00 EA | 221.48 | 100.79 | 994.66 | 5,968.01 | (0.00) | 5,968.01 |
| -------- HVAC - ACCESSORIES ------- | | | | | | | |
| 18.  R&R Ceiling diffuser - square, lay-in - 24" | 13.00 EA | 110.07 | 56.57 | 297.52 | 1,785.00 | (0.00) | 1,785.00 |
| **Totals:  Main Office** | | | **321.78** | **2,648.96** | **15,893.69** | **0.00** | **15,893.69** |

5





**President's Office**                                                                                      Height: 9'

| 1109.33 SF Walls | 922.81 SF Ceiling |
| 2032.14 SF Walls & Ceiling | 922.81 SF Floor |
| 102.53 SY Flooring | 126.36 LF Floor Perimeter |
| 126.36 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| ----------- CEILINGS----------- | | | | | | | |
| 19.  R&R Suspended ceiling system - 2' x 4' | 922.81 SF | 4.03 | 92.37 | 762.26 | 4,573.55 | (0.00) | 4,573.55 |
| ----------- ELECTRICAL ----------- | | | | | | | |
| 20.  R&R Fluorescent - acoustic grid fixture - four tube, 2'x 4' | 8.00 EA | 221.48 | 36.65 | 361.72 | 2,170.21 | (0.00) | 2,170.21 |
| -------- HVAC - ACCESSORIES ------- | | | | | | | |
| 21.  R&R Ceiling diffuser - square, lay-in - 24" | 3.00 EA | 110.07 | 13.06 | 68.68 | 411.95 | (0.00) | 411.95 |
| **Totals:  President's Office** | | | **142.08** | **1,192.66** | **7,155.71** | **0.00** | **7,155.71** |



**Office 1**                                                                                      Height: 9'

| 1017.17 SF Walls | 636.29 SF Ceiling |
| 1653.46 SF Walls & Ceiling | 636.29 SF Floor |
| 70.70 SY Flooring | 113.02 LF Floor Perimeter |
| 113.02 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| ----------- CEILINGS----------- | | | | | | | |
| 22.  R&R Suspended ceiling system - 2' x 4' | 636.29 SF | 4.03 | 63.69 | 525.60 | 3,153.54 | (0.00) | 3,153.54 |
| ----------- ELECTRICAL ----------- | | | | | | | |
| 23.  R&R Fluorescent - acoustic grid fixture - four tube, 2'x 4' | 4.00 EA | 221.48 | 18.32 | 180.84 | 1,085.08 | (0.00) | 1,085.08 |
| -------- HVAC - ACCESSORIES ------- | | | | | | | |
| 24.  R&R Ceiling diffuser - square, lay-in - 24" | 2.00 EA | 110.07 | 8.70 | 45.76 | 274.60 | (0.00) | 274.60 |
| **Totals:  Office 1** | | | **90.71** | **752.20** | **4,513.22** | **0.00** | **4,513.22** |

Brabo 002100

6





**Office 2**                                                      **Height: 9'**

| 441.56 SF Walls | 150.00 SF Ceiling |
| 591.56 SF Walls & Ceiling | 150.00 SF Floor |
| 16.67 SY Flooring | 49.06 LF Floor Perimeter |
| 49.06 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| ----------- CEILINGS----------- | | | | | | | |
| 25.  R&R Suspended ceiling system - 2' x 4' | 150.00 SF | 4.03 | 15.02 | 123.90 | 743.42 | (0.00) | 743.42 |
| ----------- ELECTRICAL ----------- | | | | | | | |
| 26.  R&R Fluorescent - acoustic grid fixture - four tube, 2'x 4' | 4.00 EA | 221.48 | 18.32 | 180.84 | 1,085.08 | (0.00) | 1,085.08 |
| -------- HVAC - ACCESSORIES ------- | | | | | | | |
| 27.  R&R Ceiling diffuser - square, lay-in - 24" | 2.00 EA | 110.07 | 8.70 | 45.76 | 274.60 | (0.00) | 274.60 |
| **Totals:  Office 2** | | | **42.04** | **350.50** | **2,103.10** | **0.00** | **2,103.10** |



**Office 3**                                                      **Height: 9'**

| 524.17 SF Walls | 211.91 SF Ceiling |
| 736.08 SF Walls & Ceiling | 211.91 SF Floor |
| 23.55 SY Flooring | 58.24 LF Floor Perimeter |
| 58.24 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| ----------- CEILINGS----------- | | | | | | | |
| 28.  R&R Suspended ceiling system - 2' x 4' | 211.91 SF | 4.03 | 21.21 | 175.04 | 1,050.24 | (0.00) | 1,050.24 |
| ----------- ELECTRICAL ----------- | | | | | | | |
| 29.  R&R Fluorescent - acoustic grid fixture - four tube, 2'x 4' | 6.00 EA | 221.48 | 27.49 | 271.28 | 1,627.65 | (0.00) | 1,627.65 |
| -------- HVAC - ACCESSORIES ------- | | | | | | | |
| 30.  R&R Ceiling diffuser - square, lay-in - 24" | 3.00 EA | 110.07 | 13.06 | 68.68 | 411.95 | (0.00) | 411.95 |
| **Totals:  Office 3** | | | **61.76** | **515.00** | **3,089.84** | **0.00** | **3,089.84** |

Brabo 002101





**Office 4**                                                                                              **Height: 9'**

| | |
|---|---|
| 522.59 SF Walls | 210.60 SF Ceiling |
| 733.20 SF Walls & Ceiling | 210.60 SF Floor |
| 23.40 SY Flooring | 58.07 LF Floor Perimeter |
| 58.07 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| ----------- CEILINGS----------- | | | | | | | |
| 31. R&R Suspended ceiling system - 2' x 4' | 210.60 SF | 4.03 | 21.08 | 173.96 | 1,043.76 | (0.00) | 1,043.76 |
| ----------- ELECTRICAL ----------- | | | | | | | |
| 32. R&R Fluorescent - acoustic grid fixture - four tube, 2'x 4' | 6.00 EA | 221.48 | 27.49 | 271.28 | 1,627.65 | (0.00) | 1,627.65 |
| -------- HVAC - ACCESSORIES ------- | | | | | | | |
| 33. R&R Ceiling diffuser - square, lay-in - 24" | 2.00 EA | 110.07 | 8.70 | 45.76 | 274.60 | (0.00) | 274.60 |
| **Totals: Office 4** | | | **57.27** | **491.00** | **2,946.01** | **0.00** | **2,946.01** |



**Office 5**                                                                                              **Height: 9'**

| | |
|---|---|
| 574.75 SF Walls | 253.65 SF Ceiling |
| 828.41 SF Walls & Ceiling | 253.65 SF Floor |
| 28.18 SY Flooring | 63.86 LF Floor Perimeter |
| 63.86 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| ----------- CEILINGS----------- | | | | | | | |
| 34. R&R Suspended ceiling system - 2' x 4' | 253.65 SF | 4.03 | 25.39 | 209.52 | 1,257.12 | (0.00) | 1,257.12 |
| ----------- ELECTRICAL ----------- | | | | | | | |
| 35. R&R Fluorescent - acoustic grid fixture - four tube, 2'x 4' | 7.00 EA | 221.48 | 32.07 | 316.50 | 1,898.93 | (0.00) | 1,898.93 |
| -------- HVAC - ACCESSORIES ------- | | | | | | | |
| 36. R&R Ceiling diffuser - square, lay-in - 24" | 3.00 EA | 110.07 | 13.06 | 68.68 | 411.95 | (0.00) | 411.95 |
| **Totals: Office 5** | | | **70.52** | **594.70** | **3,568.00** | **0.00** | **3,568.00** |

Brabo 002102





## Office 6 {Height: 9'}

| | |
|---|---|
| 532.11 SF Walls | 212.48 SF Ceiling |
| 744.59 SF Walls & Ceiling | 212.48 SF Floor |
| 23.61 SY Flooring | 59.12 LF Floor Perimeter |
| 59.12 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| ---------- CEILINGS---------- | | | | | | | |
| 37. R&R Suspended ceiling system - 2' x 4' | 212.48 SF | 4.03 | 21.27 | 175.52 | 1,053.08 | (0.00) | 1,053.08 |
| ---------- ELECTRICAL ---------- | | | | | | | |
| 38. R&R Fluorescent - acoustic grid fixture - four tube, 2'x 4' | 6.00 EA | 221.48 | 27.49 | 271.28 | 1,627.65 | (0.00) | 1,627.65 |
| -------- HVAC - ACCESSORIES ------- | | | | | | | |
| 39. R&R Ceiling diffuser - square, lay-in - 24" | 4.00 EA | 110.07 | 17.41 | 91.54 | 549.23 | (0.00) | 549.23 |
| **Totals: Office 6** | | | **66.17** | **538.34** | **3,229.96** | **0.00** | **3,229.96** |



## Conference Room {Height: 9'}

| | |
|---|---|
| 501.42 SF Walls | 192.00 SF Ceiling |
| 693.42 SF Walls & Ceiling | 192.00 SF Floor |
| 21.33 SY Flooring | 55.71 LF Floor Perimeter |
| 55.71 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| ---------- CEILINGS---------- | | | | | | | |
| 40. R&R Suspended ceiling system - 2' x 4' | 192.00 SF | 4.03 | 19.22 | 158.60 | 951.58 | (0.00) | 951.58 |
| ---------- ELECTRICAL ---------- | | | | | | | |
| 41. R&R Fluorescent - acoustic grid fixture - four tube, 2'x 4' | 12.00 EA | 221.48 | 54.97 | 542.54 | 3,255.27 | (0.00) | 3,255.27 |
| -------- HVAC - ACCESSORIES ------- | | | | | | | |
| 42. R&R Ceiling diffuser - square, lay-in - 24" | 5.00 EA | 110.07 | 21.76 | 114.44 | 686.55 | (0.00) | 686.55 |
| **Totals: Conference Room** | | | **95.95** | **815.58** | **4,893.40** | **0.00** | **4,893.40** |

Brabo 002103





**Server Room**                                                           **Height: 9'**

| | | |
|---|---|---|
| 493.73 SF Walls | 143.19 SF Ceiling | |
| 636.92 SF Walls & Ceiling | 143.19 SF Floor | |
| 15.91 SY Flooring | 54.86 LF Floor Perimeter | |
| 54.86 LF Ceil. Perimeter | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| ----------- CEILINGS----------- | | | | | | | |
| 43. R&R Suspended ceiling system - 2' x 4' | 143.19 SF | 4.03 | 14.33 | 118.28 | 709.67 | (0.00) | 709.67 |
| ----------- ELECTRICAL ----------- | | | | | | | |
| 44. R&R Fluorescent - acoustic grid fixture - four tube, 2'x 4' | 6.00 EA | 221.48 | 27.49 | 271.28 | 1,627.65 | (0.00) | 1,627.65 |
| -------- HVAC - ACCESSORIES ------- | | | | | | | |
| 45. R&R Ceiling diffuser - square, lay-in - 24" | 4.00 EA | 110.07 | 17.41 | 91.54 | 549.23 | (0.00) | 549.23 |
| **Totals:  Server Room** | | | **59.23** | **481.10** | **2,886.55** | **0.00** | **2,886.55** |



**Supply Room**                                                           **Height: 9'**

| | | |
|---|---|---|
| 420.09 SF Walls | 114.50 SF Ceiling | |
| 534.59 SF Walls & Ceiling | 114.50 SF Floor | |
| 12.72 SY Flooring | 46.68 LF Floor Perimeter | |
| 46.68 LF Ceil. Perimeter | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| ----------- CEILINGS----------- | | | | | | | |
| 46. R&R Suspended ceiling system - 2' x 4' | 114.50 SF | 4.03 | 11.46 | 94.60 | 567.50 | (0.00) | 567.50 |
| ----------- ELECTRICAL ----------- | | | | | | | |
| 47. R&R Fluorescent - acoustic grid fixture - four tube, 2'x 4' | 6.00 EA | 221.48 | 27.49 | 271.28 | 1,627.65 | (0.00) | 1,627.65 |
| -------- HVAC - ACCESSORIES ------- | | | | | | | |
| 48. R&R Ceiling diffuser - square, lay-in - 24" | 3.00 EA | 110.07 | 13.06 | 68.68 | 411.95 | (0.00) | 411.95 |
| **Totals:  Supply Room** | | | **52.01** | **434.56** | **2,607.10** | **0.00** | **2,607.10** |

Brabo 002104





**Bathroom 1**                                                                 Height: 9'

| | |
|---|---|
| 184.61 SF Walls | 26.29 SF Ceiling |
| 210.90 SF Walls & Ceiling | 26.29 SF Floor |
| 2.92 SY Flooring | 20.51 LF Floor Perimeter |
| 20.51 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| ----------- CEILINGS----------- | | | | | | | |
| 49.  R&R Suspended ceiling system - 2' x 4' | 26.29 SF | 4.03 | 2.63 | 21.72 | 130.30 | (0.00) | 130.30 |
| ----------- ELECTRICAL ----------- | | | | | | | |
| 50.  R&R Fluorescent - acoustic grid fixture - four tube, 2'x 4' | 2.00 EA | 221.48 | 9.16 | 90.42 | 542.54 | (0.00) | 542.54 |
| -------- HVAC - ACCESSORIES ------- | | | | | | | |
| 51.  R&R Ceiling diffuser - square, lay-in - 24" | 1.00 EA | 110.07 | 4.35 | 22.90 | 137.32 | (0.00) | 137.32 |
| **Totals:  Bathroom 1** | | | **16.14** | **135.04** | **810.16** | **0.00** | **810.16** |

**Bathroom 2**                                                                 Height: 9'

| | |
|---|---|
| 191.97 SF Walls | 28.37 SF Ceiling |
| 220.34 SF Walls & Ceiling | 28.37 SF Floor |
| 3.15 SY Flooring | 21.33 LF Floor Perimeter |
| 21.33 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| ----------- CEILINGS----------- | | | | | | | |
| 52.  R&R Suspended ceiling system - 2' x 4' | 28.37 SF | 4.03 | 2.84 | 23.42 | 140.59 | (0.00) | 140.59 |
| ----------- ELECTRICAL ----------- | | | | | | | |
| 53.  R&R Fluorescent - acoustic grid fixture - four tube, 2'x 4' | 2.00 EA | 221.48 | 9.16 | 90.42 | 542.54 | (0.00) | 542.54 |
| -------- HVAC - ACCESSORIES ------- | | | | | | | |
| 54.  R&R Ceiling diffuser - square, lay-in - 24" | 1.00 EA | 110.07 | 4.35 | 22.90 | 137.32 | (0.00) | 137.32 |
| **Totals:  Bathroom 2** | | | **16.35** | **136.74** | **820.45** | **0.00** | **820.45** |

Brabo 002105





**Bathroom 3**                                                                                      Height: 9'

| | |
|---|---|
| 216.19 SF Walls | 35.36 SF Ceiling |
| 251.55 SF Walls & Ceiling | 35.36 SF Floor |
| 3.93 SY Flooring | 24.02 LF Floor Perimeter |
| 24.02 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| ----------- CEILINGS----------- | | | | | | | |
| 55. R&R Suspended ceiling system - 2' x 4' | 35.36 SF | 4.03 | 3.54 | 29.20 | 175.24 | (0.00) | 175.24 |
| ----------- ELECTRICAL ----------- | | | | | | | |
| 56. R&R Fluorescent - acoustic grid fixture - four tube, 2'x 4' | 2.00 EA | 221.48 | 9.16 | 90.42 | 542.54 | (0.00) | 542.54 |
| -------- HVAC - ACCESSORIES ------- | | | | | | | |
| 57. R&R Ceiling diffuser - square, lay-in - 24" | 1.00 EA | 110.07 | 4.35 | 22.90 | 137.32 | (0.00) | 137.32 |
| **Totals: Bathroom 3** | | | **17.05** | **142.52** | **855.10** | **0.00** | **855.10** |



**Bathroom 4**                                                                                      Height: 9'

| | |
|---|---|
| 231.54 SF Walls | 39.77 SF Ceiling |
| 271.32 SF Walls & Ceiling | 39.77 SF Floor |
| 4.42 SY Flooring | 25.73 LF Floor Perimeter |
| 25.73 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| ----------- CEILINGS----------- | | | | | | | |
| 58. R&R Suspended ceiling system - 2' x 4' | 39.77 SF | 4.03 | 3.98 | 32.84 | 197.09 | (0.00) | 197.09 |
| ----------- ELECTRICAL ----------- | | | | | | | |
| 59. R&R Fluorescent - acoustic grid fixture - four tube, 2'x 4' | 2.00 EA | 221.48 | 9.16 | 90.42 | 542.54 | (0.00) | 542.54 |
| -------- HVAC - ACCESSORIES ------- | | | | | | | |
| 60. R&R Ceiling diffuser - square, lay-in - 24" | 1.00 EA | 110.07 | 4.35 | 22.90 | 137.32 | (0.00) | 137.32 |
| **Totals: Bathroom 4** | | | **17.49** | **146.16** | **876.95** | **0.00** | **876.95** |

12





**Bathroom 5**   Height: 9'

| | |
|---|---|
| 243.35  SF Walls | 45.59  SF Ceiling |
| 288.94  SF Walls & Ceiling | 45.59  SF Floor |
| 5.07  SY Flooring | 27.04  LF Floor Perimeter |
| 27.04  LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| ----------- CEILINGS----------- | | | | | | | |
| 61.  R&R Suspended ceiling system - 2' x 4' | 45.59 SF | 4.03 | 4.56 | 37.68 | 225.97 | (0.00) | 225.97 |
| ----------- ELECTRICAL ----------- | | | | | | | |
| 62.  R&R Fluorescent - acoustic grid fixture - four tube, 2'x 4' | 2.00 EA | 221.48 | 9.16 | 90.42 | 542.54 | (0.00) | 542.54 |
| -------- HVAC - ACCESSORIES ------- | | | | | | | |
| 63.  R&R Ceiling diffuser - square, lay-in - 24" | 1.00 EA | 110.07 | 4.35 | 22.90 | 137.32 | (0.00) | 137.32 |
| **Totals:  Bathroom 5** | | | **18.07** | **151.00** | **905.83** | **0.00** | **905.83** |



**Kitchen 1**   Height: 9'

| | |
|---|---|
| 231.07  SF Walls | 40.75  SF Ceiling |
| 271.82  SF Walls & Ceiling | 40.75  SF Floor |
| 4.53  SY Flooring | 25.67  LF Floor Perimeter |
| 25.67  LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| ----------- CEILINGS----------- | | | | | | | |
| 64.  R&R Suspended ceiling system - 2' x 4' | 40.75 SF | 4.03 | 4.08 | 33.66 | 201.97 | (0.00) | 201.97 |
| ----------- ELECTRICAL ----------- | | | | | | | |
| 65.  R&R Fluorescent - acoustic grid fixture - four tube, 2'x 4' | 2.00 EA | 221.48 | 9.16 | 90.42 | 542.54 | (0.00) | 542.54 |
| -------- HVAC - ACCESSORIES ------- | | | | | | | |
| 66.  R&R Ceiling diffuser - square, lay-in - 24" | 1.00 EA | 110.07 | 4.35 | 22.90 | 137.32 | (0.00) | 137.32 |
| **Totals:  Kitchen 1** | | | **17.59** | **146.98** | **881.83** | **0.00** | **881.83** |

Brabo 002107





**Ktichen 2**                                                                                     Height: 9'

| | |
|---|---|
| 307.65 SF Walls | 66.55 SF Ceiling |
| 374.20 SF Walls & Ceiling | 66.55 SF Floor |
| 7.39 SY Flooring | 34.18 LF Floor Perimeter |
| 34.18 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| ---------- CEILINGS---------- | | | | | | | |
| 67.  R&R Suspended ceiling system - 2' x 4' | 66.55 SF | 4.03 | 6.66 | 54.98 | 329.84 | (0.00) | 329.84 |
| ---------- ELECTRICAL ---------- | | | | | | | |
| 68.  R&R Fluorescent - acoustic grid fixture - four tube, 2'x 4' | 2.00 EA | 221.48 | 9.16 | 90.42 | 542.54 | (0.00) | 542.54 |
| -------- HVAC - ACCESSORIES ------- | | | | | | | |
| 69.  R&R Ceiling diffuser - square, lay-in - 24" | 1.00 EA | 110.07 | 4.35 | 22.90 | 137.32 | (0.00) | 137.32 |
| **Totals:  Ktichen 2** | | | **20.17** | **168.30** | **1,009.70** | **0.00** | **1,009.70** |



**Kitchen 3**                                                                                     Height: 9'

| | |
|---|---|
| 247.40 SF Walls | 47.18 SF Ceiling |
| 294.59 SF Walls & Ceiling | 47.18 SF Floor |
| 5.24 SY Flooring | 27.49 LF Floor Perimeter |
| 27.49 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| ---------- CEILINGS---------- | | | | | | | |
| 70.  R&R Suspended ceiling system - 2' x 4' | 47.18 SF | 4.03 | 4.72 | 38.98 | 233.83 | (0.00) | 233.83 |
| ---------- ELECTRICAL ---------- | | | | | | | |
| 71.  R&R Fluorescent - acoustic grid fixture - four tube, 2'x 4' | 2.00 EA | 221.48 | 9.16 | 90.42 | 542.54 | (0.00) | 542.54 |
| -------- HVAC - ACCESSORIES ------- | | | | | | | |
| 72.  R&R Ceiling diffuser - square, lay-in - 24" | 1.00 EA | 110.07 | 4.35 | 22.90 | 137.32 | (0.00) | 137.32 |
| **Totals:  Kitchen 3** | | | **18.23** | **152.30** | **913.69** | **0.00** | **913.69** |
| **Total:  Interior** | | | **1,680.56** | **13,079.24** | **78,473.69** | **0.00** | **78,473.69** |

**Roof**

14





**Metal Roof**

12974.47  Surface Area                129.74  Number of Squares
469.77  Total Perimeter Length

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| ----------------ROOF COVERING----------- | | | | | | | |
| 73. Additional charge for high roof (2 stories or greater) | 129.74 SQ | 4.10 | 0.00 | 106.38 | 638.31 | (0.00) | 638.31 |
| 74. R&R Metal roofing - High grade | 12,974. SF 47 | 7.91 | 1,745.71 | 20,874.74 | 125,248.50 | (0.00) | 125,248.50 |
| 75. Additional charge for high roof (2 stories or greater) | 129.74 SQ | 15.15 | 0.00 | 393.12 | 2,358.68 | (0.00) | 2,358.68 |
| 76. R&R Insulation - ISO board, 3" | 142.72 SQ | 446.59 | 1,335.40 | 13,014.56 | 78,087.28 | (0.00) | 78,087.28 |
| 77. Add for tapered insulation* | 142.72 SQ | 224.52 | 623.12 | 6,533.32 | 39,199.93 | (0.00) | 39,199.93 |
| *10% waste added, tapered insulation required for code compliant roof slope | | | | | | | |
| 78. Membrane roofing - cant strips - perlite | 469.77 LF | 2.95 | 13.74 | 279.90 | 1,679.46 | (279.91) | 1,399.55 |
| 79. R&R Flashing - L flashing - galvanized | 469.77 LF | 3.71 | 39.39 | 356.46 | 2,138.69 | (0.00) | 2,138.69 |
| 80. R&R Counterflashing - Apron flashing | 469.77 LF | 8.03 | 38.47 | 762.16 | 4,572.88 | (0.00) | 4,572.88 |
| 81. R&R Eave trim for metal roofing - 26 gauge | 469.77 LF | 5.42 | 65.96 | 522.44 | 3,134.55 | (0.00) | 3,134.55 |
| 82. R&R Flashing - pipe jack | 8.00 EA | 54.83 | 5.99 | 88.92 | 533.55 | <0.00> | 533.55 |
| -----------------------------DOORS & WINDOWS----------------------------- | | | | | | | |
| 83. R&R Skylight - single dome fixed, 12. 6 - 15.5 sf | 2.00 EA | 405.22 | 36.37 | 169.36 | 1,016.17 | (0.00) | 1,016.17 |
| -------- HVAC - CONDENSER/AIR HANDLER REPLACEMENT------- | | | | | | | |
| 84. R&R Central air - condenser unit - 3 ton - 16-21 SEER | 4.00 EA | 2,715.87 | 582.14 | 2,289.12 | 13,734.74 | (0.00) | 13,734.74 |
| ----------------ELECTRICAL SERVICE ----------- | | | | | | | |
| 85. R&R Meter mast for overhead power - 2" conduit | 1.00 EA | 571.73 | 6.97 | 115.76 | 694.46 | (0.00) | 694.46 |
| ----------------ELECTRICAL ----------- | | | | | | | |
| 86. R&R #10 gauge copper wire - stranded or solid | 40.00 LF | 1.22 | 0.78 | 9.92 | 59.50 | (0.00) | 59.50 |
| 87. PVC schedule 40 conduit, 2" | 40.00 LF | 7.00 | 1.92 | 56.38 | 338.30 | (0.00) | 338.30 |
| 88. R&R Disconnect box - 60 amp - non fused | 4.00 EA | 192.13 | 4.16 | 154.54 | 927.22 | (0.00) | 927.22 |
| 89. Junction box | 4.00 EA | 113.42 | 2.38 | 91.22 | 547.28 | (0.00) | 547.28 |
| **Totals: Metal Roof** | | | **4,502.50** | **45,818.30** | **274,909.50** | **279.91** | **274,629.59** |





| Parapet | | | | | | Height: 1' 6" |
|---|---|---|---|---|---|---|

490.07  SF Walls        12941.17  SF Ceiling
13431.23  SF Walls & Ceiling        12941.17  SF Floor
1437.91  SY Flooring        326.71  LF Floor Perimeter
326.71  LF Ceil. Perimeter

| Missing Wall | 142' 5 1/8" X 1' 6" | Opens into Exterior |
|---|---|---|

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| ----------------PARAPET---------- | | | | | | | |
| 90. Concrete patch / small repair | 47.00 EA | 83.85 | 6.11 | 789.42 | 4,736.48 | (0.00) | 4,736.48 |
| 91. Epoxy injection - concrete repair (per LF of crack) | 228.00 LF | 33.89 | 24.90 | 1,550.36 | 9,302.18 | (0.00) | 9,302.18 |
| 92. Two coat stucco over masonry | 261.20 SF | 4.29 | 0.00 | 224.12 | 1,344.67 | (0.00) | 1,344.67 |
| 93. Waterproof concrete & masonry paint | 1,306.84 SF | 1.33 | 45.02 | 356.62 | 2,139.74 | (0.00) | 2,139.74 |
| **Totals: Parapet** | | | 76.03 | 2,920.52 | 17,523.07 | 0.00 | 17,523.07 |
| **Total: Roof** | | | 4,578.53 | 48,738.82 | 292,432.57 | 279.91 | 292,152.66 |

### General Conditions

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 94. Temporary Repairs* | 1.00 EA | 5,515.00 | 0.00 | 1,103.00 | 6,618.00 | (0.00) | 6,618.00 |
| 95. Debris chute mounting hardware - per week | 6.00 WK | 25.00 | 0.00 | 30.00 | 180.00 | (0.00) | 180.00 |
| *4 each @ 4 weeks* | | | | | | | |
| 96. Debris chute - per week - 30" x 4' section | 6.00 WK | 15.60 | 0.00 | 18.72 | 112.32 | (0.00) | 112.32 |
| *4 each @ 4 weeks* | | | | | | | |
| 97. Debris chute hopper - per week - 30" x 4' section | 6.00 WK | 28.80 | 0.00 | 34.56 | 207.36 | (0.00) | 207.36 |
| *4 each @ 4 weeks* | | | | | | | |
| 98. R&R Temporary fencing | 538.00 LF | 6.86 | 0.00 | 738.14 | 4,428.82 | (640.22) | 3,788.60 |
| 99. Safety Monitor - per hour* | 120.00 HR | 33.49 | 0.00 | 803.76 | 4,822.56 | (803.76) | 4,018.80 |
| *Safety monitor for pedestrian and traffic protection during normal work hours, 1 month* | | | | | | | |
| 100. Scaffold - per section (per month) | 1.00 MO | 112.88 | 0.00 | 22.58 | 135.46 | (22.58) | 112.88 |
| *20 sections of scaffolding for 1 month for pedestrian protection along sidewalks* | | | | | | | |
| 101. R&R Stop/Traffic sign - aluminum - up to 36" | 3.00 EA | 130.51 | 18.87 | 82.10 | 492.50 | (76.71) | 415.79 |
| 102. Scissor lift - 26' platform height (per week) | 3.00 WK | 517.50 | 0.00 | 310.50 | 1,863.00 | (0.00) | 1,863.00 |
| 103. Barricade and warning device - setup and takedown | 20.00 HR | 53.51 | 0.00 | 214.04 | 1,284.24 | (214.04) | 1,070.20 |
| *Allowance for 2 workers, 20 hours per worker.* | | | | | | | |

Brabo 002110



**CONTINUED - General Conditions**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 104.  Telehandler/forklift (per month) - no operator | 1.00 MO | 3,063.00 | 0.00 | 612.60 | 3,675.60 | (0.00) | 3,675.60 |
| 105.  Warning sign, 4' x 4' on a 6' post (per day) | 43.00 DA | 2.36 | 0.00 | 20.30 | 121.78 | (0.00) | 121.78 |
| *6 signs for 30 days* | | | | | | | |
| 106.  Caution tape | 1,800.00 LF | 0.07 | 1.17 | 25.44 | 152.61 | (0.00) | 152.61 |
| 107.  Traffic cones (per unit, per day) | 120.00 DA | 0.70 | 0.00 | 16.80 | 100.80 | (16.80) | 84.00 |
| *80 cones for 30 days* | | | | | | | |
| 108.  Electrician - per hour | 36.00 HR | 98.02 | 0.00 | 705.74 | 4,234.46 | (705.74) | 3,528.72 |
| *\*Electrician allowance to assess and repair affected electrical components.* | | | | | | | |
| 109.  Job-site moving/storage container - 20' long - per month | 1.00 MO | 220.00 | 14.30 | 46.86 | 281.16 | (46.86) | 234.30 |
| 110.  Temporary toilet (per month) | 2.00 MO | 147.38 | 0.00 | 58.96 | 353.72 | (58.95) | 294.77 |
| Addresses (4) Job-Site Toilets for a total of (1) Months | | | | | | | |
| 111.  Temporary construction office - portable (trailer) | 2.00 MO | 279.08 | 0.00 | 111.64 | 669.80 | (111.63) | 558.17 |
| 112.  Cleaning Technician - per hour | 80.00 HR | 37.15 | 231.82 | 594.40 | 3,798.22 | (633.04) | 3,165.18 |
| Allowance addresses Progressive Daily Job Site Clean-Up and Final Post Construction Clean-Up | | | | | | | |
| 113.  Dumpster load - Approx. 40 yards, 7-8 tons of debris | 3.00 EA | 842.02 | 0.00 | 505.22 | 3,031.28 | (0.00) | 3,031.28 |
| 114.  General Demolition - per hour | 120.00 HR | 38.77 | 0.00 | 930.48 | 5,582.88 | (0.00) | 5,582.88 |
| *Addresses additional labor necessary to haul debris to trash shoots and larger debris down building to ground level and transporting to dumpster.* | | | | | | | |
| 115.  Commercial Supervision / Project Management - per hour | 67.00 HR | 59.52 | 0.00 | 797.56 | 4,785.40 | (797.57) | 3,987.83 |

Brabo 002111

17



Forensic Building Science, Inc.

**CONTINUED - General Conditions**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|

*\*24 hours per week project supervision through the duration of repairs*

**CONSTRUCTION MANAGER (PROJECT MANAGER) DUTIES & RESPONSIBILITIES**
1). Reconstruction planning. Working with architects, engineers, consultants, and government officials on design studies, site development, building systems, building codes and permits, planning and scheduling, cost estimating, and value engineering to insure the best quality project possible for the allotted budget.
2) Bidding process. Supervise the bidding process which includes qualifying bidders, holding pre bid conferences, evaluating bids and making recommendations.
3). Set-Up and manage site. Insure that the site is functional and efficient. This includes things like traffic flow, parking, deliveries, storage, equipment, communications, safety, trash pick-up, portable toilets and drinking water.
4). Administration. Keep track of project cost, time and quality. Keep records to document these things. Example of records are; reports, submittal, shop drawings, change orders, Inspections records, time cards, and payroll records, Cost accounting.
5). Planning and Scheduling. Organizing the sequence of events and allotting the time frame to them. Monitor the work to ensure that it is proceeding according to plan and that the prescribed levels of quality, performance and safety are being met. Monitoring is done through observation inspection and testing. If the work does not proceed according to plan, the CM will make changes to bring the project back in line (Subject to contractor/owner approval). In addition to this, the CM will see the contractor documents the materials, processes and labor used to ensure that they conform to the project specifications. The Construction Manager's job is to oversee the entire project from start to finish and to make it run as smoothly as possible and keep the owner informed of the status of
the job.
**XACTWARE DEFINITION OF WHATS INCLUDED AND NOT INCLUDED.**
Construction Supervisor (Superintendent) Duties and Responsibilities: (OSHA 1910.1200 Appendix E Item #2 Identify responsible staff) (OSHA 1926.32 definitions (F) Competent person (M) Qualified person (Refer to OSHA regulations)
1). Report and coordinate with the general contractor and the Construction manager.
2). Coordinate the various sub-contractors work processes and movements around the site.
3). Oversee the work of varies tradesman to ensure that is being done to specifications and in a timely manner.
4). Work with the sub-contractors to see the materials and equipment for each specialty are delivered and stored on site properly and in time and sequence to be ready as needed.
5). Keep track of all persons entering the site. See that they are authorized to be there. If not see that they leave immediately. If they are authorized see that they are safe and accommodated to the extent necessary to complete their function.
6). Keep a log of all persons entering and leaving the site, as well as all the equipment and materials delivered to the site.
7). The super will normally be the first person on site in the morning. He will open the site, inspect the grounds and equipment before workers arrive. As work crews arrive, he will meet with them and pass along pertinent information as well as assign work areas and tasks to be completed. Periodically the Super will check the work in progress, deal with minor conflicts and problems, and generally keep things going as smooth as possible. Additionally, he will enforce health and safety rules, and provide information, help, and possibly training anyone on site that needs these things for the proper performance of their job. At the end of the day, the super will inspect the grounds and equipment before closing the site for the night.

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Totals: General Conditions** | 266.16 | | 7,783.40 | 46,931.97 | 4,127.90 | | 42,804.07 |
| **Line Item Totals: BRABOINTERNATIONAL** | 7,795.66 | | 79,805.16 | 479,247.07 | 4,407.81 | | 474,839.26 |

Brabo 002112



**Forensic Building Science, Inc.**

**Grand Total Areas:**

| | | |
|---|---|---|
| 28,704.20 SF Walls | 38,378.84 SF Ceiling | 67,083.04 SF Walls and Ceiling |
| 38,428.68 SF Floor | 4,269.85 SY Flooring | 2,683.19 LF Floor Perimeter |
| 0.00 SF Long Wall | 0.00 SF Short Wall | 2,680.39 LF Ceil. Perimeter |
| | | |
| 38,428.68 Floor Area | 39,045.98 Total Area | 28,091.33 Interior Wall Area |
| 15,463.35 Exterior Wall Area | 1,392.75 Exterior Perimeter of Walls | |
| | | |
| 12,974.47 Surface Area | 129.74 Number of Squares | 0.00 Total Perimeter Length |
| 0.00 Total Ridge Length | 0.00 Total Hip Length | |



## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 391,646.25 |
| Material Sales Tax | 7,357.89 |
| Cleaning Mtl Tax | 4.85 |
| Storage Rental Tax | 14.30 |
| | |
| Subtotal | 399,023.29 |
| Overhead | 39,902.58 |
| Profit | 39,902.58 |
| Cleaning Sales Tax | 418.62 |
| | |
| **Replacement Cost Value** | **$479,247.07** |
| Less Depreciation | (4,407.81) |
| | |
| **Actual Cash Value** | **$474,839.26** |
| **Net Claim** | **$474,839.26** |
| | |
| Total Recoverable Depreciation | 4,407.81 |
| | |
| **Net Claim if Depreciation is Recovered** | **$479,247.07** |

Tom Irmiter

Brabo 002114



**Recap of Taxes, Overhead and Profit**

| | Overhead (10%) | Profit (10%) | Material Sales Tax (6.5%) | Cleaning Mtl Tax (6.5%) | Cleaning Sales Tax (6.5%) | Manuf. Home Tax (5%) | Storage Rental Tax (6.5%) | Total Tax (6.5%) |
|---|---|---|---|---|---|---|---|---|
| **Line Items** | | | | | | | | |
| | 39,902.58 | 39,902.58 | 7,357.89 | 4.85 | 418.62 | 0.00 | 14.30 | 0.00 |
| **Total** | | | | | | | | |
| | **39,902.58** | **39,902.58** | **7,357.89** | **4.85** | **418.62** | **0.00** | **14.30** | **0.00** |

Brabo 002115



## Recap by Room

**Estimate: BRABOINTERNATIONAL**

**Area: Exterior**

| | | |
|---|---|---|
| Exterior | 49,934.73 | 12.75% |
| Area Subtotal: Exterior | 49,934.73 | 12.75% |

**Area: Interior**

| | | |
|---|---|---|
| | 12,127.99 | 3.10% |
| Warehouse Office 1 | 1,149.51 | 0.29% |
| Warehouse Office 2 | 936.97 | 0.24% |
| Reception | 733.38 | 0.19% |
| Main Office | 12,922.95 | 3.30% |
| President's Office | 5,820.97 | 1.49% |
| Office 1 | 3,670.31 | 0.94% |
| Office 2 | 1,710.56 | 0.44% |
| Office 3 | 2,513.08 | 0.64% |
| Office 4 | 2,397.74 | 0.61% |
| Office 5 | 2,902.78 | 0.74% |
| Office 6 | 2,625.45 | 0.67% |
| Conference Room | 3,981.87 | 1.02% |
| Server Room | 2,346.22 | 0.60% |
| Supply Room | 2,120.53 | 0.54% |
| Bathroom 1 | 658.98 | 0.17% |
| Bathroom 2 | 667.36 | 0.17% |
| Bathroom 3 | 695.53 | 0.18% |
| Bathroom 4 | 713.30 | 0.18% |
| Bathroom 5 | 736.76 | 0.19% |
| Kitchen 1 | 717.26 | 0.18% |
| Ktichen 2 | 821.23 | 0.21% |
| Kitchen 3 | 743.16 | 0.19% |
| Area Subtotal: Interior | 63,713.89 | 16.27% |

**Area: Roof**

| | | |
|---|---|---|
| Metal Roof | 224,588.70 | 57.34% |
| Parapet | 14,526.52 | 3.71% |
| Area Subtotal: Roof | 239,115.22 | 61.05% |
| General Conditions | 38,882.41 | 9.93% |

| | | |
|---|---|---|
| **Subtotal of Areas** | **391,646.25** | **100.00%** |
| **Total** | **391,646.25** | **100.00%** |

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 01. (GD)



Figure 02. (GD)

# Forensic Building Science, Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 03.  (GD)



Figure 04.  (GD)

Brabo 002118

## Forensic Building Science, Inc.
### Photo Log – October 14, 2019
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 05.  (GD)



Figure 06.  (GD)

*Forensic Building Science*, Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 07.  (GD)



Figure 08.  (GD)

# Forensic Building Science, Inc.
## Photo Log – October 14, 2019
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 09.  (GD)



Figure 10.  (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 11. (GD)



Figure 12. (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 13.  (GD)



Figure 14.  (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 15.  (GD)



Figure 16.  (GD)

# Forensic Building Science, Inc.

*Photo Log – October 14, 2019*

**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405

**Exterior Photo Log**



Figure 17.  (GD)



Figure 18.  (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 19.  (GD)



Figure 20.  (GD)

Brabo 002126

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 21. (GD)



Figure 22. (GD)

*Forensic Building Science*, Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 23.  (GD)



Figure 24.  (GD)

# *F*orensic *B*uilding *S*cience, Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 25.  (GD)



Figure 26.  (GD)

## *Forensic Building Science, Inc.*
### *Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 27.  (GD)



Figure 28.  (GD)

Forensic *Building Science*, Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 29.  (GD)



Figure 30.  (GD)

## *Forensic Building Science, Inc.*
### *Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 31.  (GD)



Figure 32.  (GD)

Brabo 002132

## Forensic Building Science, Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 33.  (GD)



Figure 34.  (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 35.  (GD)



Figure 36.  (GD)

# Forensic Building Science, Inc.
### Photo Log – October 14, 2019
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 37. (GD)



Figure 38. (GD)

## *Forensic Building Science, Inc.*
### *Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 39.  (GD)



Figure 40.  (GD)

*Forensic Building Science*, Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 41.  (GD)



Figure 42.  (GD)

# Forensic Building Science, Inc.
### Photo Log – October 14, 2019
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 43.  (GD)



Figure 44.  (GD)

Forensic Building Science, Inc.
Photo Log – October 14, 2019
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 45.  (GD)



Figure 46.  (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 47.  (GD)



Figure 48.  (GD)

Brabo 002140

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 49.  (GD)



Figure 50.  (GD)

### Forensic Building Science, Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 51.  (GD)



Figure 52.  (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 53.  (GD)



Figure 54.  (GD)

*F*orensic *B*uilding *S*cience, Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 55. (GD)



Figure 56. (GD)

## Forensic Building Science, Inc.
### Photo Log – October 14, 2019
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 57. (GD)



Figure 58. (GD)

### Forensic Building Science, Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 59.  (GD)



Figure 60.  (GD)

## *F*orensic *B*uilding *S*cience, Inc.
*Photo Log – October 14, 2019*

**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405

**Exterior Photo Log**



Figure 61.  (GD)



Figure 62.  (GD)

Brabo 002147

*Forensic Building Science*, Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 63.  (GD)



Figure 64.  (GD)

# *F*orensic *B*uilding *S*cience, Inc.
## *Photo Log — October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 65.  (GD)



Figure 66.  (GD)

*Forensic Building Science*, Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 67. (GD)



Figure 68. (GD)

# Forensic Building Science, Inc.
## Photo Log – October 14, 2019
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 69.  (GD)



Figure 70.  (GD)

### Forensic *B*uilding *S*cience, Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 71.  (GD)



Figure 72.  (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 73.  (GD)



Figure 74.  (GD)

# *Forensic Building Science,* Inc.
### *Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 75.  (GD)



Figure 76.  (GD)

# Forensic Building Science, Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 77.  (GD)



Figure 78.  (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 79.  (GD)



Figure 80.  (GD)

## Forensic Building Science, Inc.
### Photo Log – October 14, 2019
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 81.  (GD)



Figure 82.  (GD)

# Forensic Building Science, Inc.

*Photo Log – October 14, 2019*

**CLIENT:** Brabo International

**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405

**Exterior Photo Log**



Figure 83.  (GD)



Figure 84.  (GD)

*Forensic Building Science*, Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 85.  (GD)



Figure 86.  (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 87.  (GD)



Figure 88.  (GD)

Brabo 002160

## *Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 89.  (GD)



Figure 90.  (GD)

Brabo 002161

*Forensic Building Science*, Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 91. (GD)



Figure 92. (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 93.  (GD)



Figure 94.  (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 95.  (GD)



Figure 96.  (GD)

*Forensic Building Science*, Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 97.  (GD)



Figure 98.  (GD)

# Forensic Building Science, Inc.
### Photo Log – October 14, 2019
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 99.  (GD)



Figure 100.        (GD)

*Forensic Building Science,* Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 101.          (GD)



Figure 102.          (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 103.          (GD)



Figure 104.          (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 105.          (GD)



Figure 106.          (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 107.          (GD)



Figure 108.          (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 109.          (GD)



Figure 110.          (GD)

*Forensic Building Science*, Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 111.          (GD)



Figure 112.          (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 113.          (GD)



Figure 114.          (GD)

# Forensic Building Science, Inc.
### Photo Log – October 14, 2019
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 115.            (GD)



Figure 116.            (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 117.          (GD)



Figure 118.          (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 119.          (GD)



Figure 120.          (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 121.          (GD)



Figure 122.          (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 123.          (GD)



Figure 124.          (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 125.          (GD)



Figure 126.          (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 127.          (GD)



Figure 128.          (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 129.          (GD)



Figure 130.          (GD)

Brabo 002181

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 131.          (GD)



Figure 132.          (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 133.          (GD)



Figure 134.          (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 135.          (GD)



Figure 136.          (GD)

*Forensic Building Science*, Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 137.          (GD)



Figure 138.          (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 139.          (GD)



Figure 140.          (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 141.          (GD)



Figure 142.          (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 143.          (GD)



Figure 144.          (GD)

*Forensic Building Science, Inc.*

*Photo Log – October 14, 2019*

**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405

**Exterior Photo Log**



Figure 145.          (GD)



Figure 146.          (GD)

# Forensic Building Science, Inc.
*Photo Log – October 14, 2019*

**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405

**Exterior Photo Log**



Figure 147.          (GD)



Figure 148.          (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 149.          (GD)



Figure 150.          (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 151.          (GD)



Figure 152.          (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 153.            (GD)



Figure 154.            (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 155.          (GD)



Figure 156.          (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 157.          (GD)



Figure 158.          (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 159.          (GD)



Figure 160.          (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 161.          (GD)



Figure 162.          (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 163.          (GD)



Figure 164.          (GD)

Forensic Building Science, Inc.
Photo Log – October 14, 2019
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 165.          (GD)



Figure 166.          (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 167.          (GD)



Figure 168.          (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 169.          (GD)



Figure 170.          (GD)

*Forensic Building Science*, Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 171.          (GD)



Figure 172.          (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 173.          (GD)



Figure 174.          (GD)

Brabo 002203

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 175.          (GD)



Figure 176.          (GD)

## Forensic Building Science, Inc.
### Photo Log – October 14, 2019
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 177.          (GD)



Figure 178.          (GD)

# *Forensic Building Science*, Inc.
## *Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 179.            (GD)



Figure 180.            (GD)

# *Forensic Building Science*, Inc.
## *Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 181.          (GD)



Figure 182.          (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 183.          (GD)



Figure 184.          (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 185.          (GD)



Figure 186.          (GD)

*Forensic Building Science*, Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 187.          (GD)



Figure 188.          (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 189.          (GD)



Figure 190.          (GD)

*Forensic Building Science*, Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 191.          (GD)



Figure 192.          (GD)

Brabo 002212

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Exterior Photo Log**



Figure 193.          (GD)



Figure 194.          (GD)

# *Forensic Building Science, Inc.*

*Photo Log – October 14, 2019*

**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Photo Log**



Figure 01.  (GD)



Figure 02.  (GD)

# *Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Photo Log**



Figure 03.  (GD)



Figure 04.  (GD)

# *Forensic Building Science, Inc.*

*Photo Log – October 14, 2019*

**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405

**Interior Photo Log**



Figure 05.  (GD)



Figure 06.  (GD)

*F*orensic *B*uilding *S*cience, Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Photo Log**



Figure 07. (GD)



Figure 08. (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Photo Log**



Figure 09.  (GD)



Figure 10.  (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Photo Log**



Figure 11. (GD)



Figure 12. (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Photo Log**



Figure 13. (GD)



Figure 14. (GD)

# *F*orensic *B*uilding *S*cience, Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Photo Log**



Figure 15.  (GD)



Figure 16.  (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Photo Log**



Figure 17.  (GD)



Figure 18.  (GD)

# *F*orensic *B*uilding *S*cience, Inc.
### *Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Photo Log**



Figure 19.  (GD)



Figure 20.  (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Photo Log**



Figure 21.  (GD)



Figure 22.  (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Photo Log**



Figure 23.  (GD)



Figure 24.  (GD)

## *Forensic Building Science,* Inc.
### *Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Photo Log**



Figure 25.  (GD)



Figure 26.  (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Photo Log**



Figure 27.  (GD)



Figure 28.  (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Photo Log**



Figure 29.  (GD)



Figure 30.  (GD)

*F*orensic *B*uilding *S*cience, Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Photo Log**



Figure 31.  (GD)



Figure 32.  (GD)

## *Forensic Building Science, Inc.*
### *Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Photo Log**



Figure 33.  (GD)



Figure 34.  (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Photo Log**



Figure 35.  (GD)



Figure 36.  (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Photo Log**



Figure 37.  (GD)



Figure 38.  (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Photo Log**



Figure 39.  (GD)



Figure 40.  (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Photo Log**



Figure 41.  (GD)



Figure 42.  (GD)

## Forensic Building Science, Inc.
### Photo Log – October 14, 2019
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Photo Log**



Figure 43.  (GD)



Figure 44.  (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Photo Log**



Figure 45.  (GD)



Figure 46.  (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Photo Log**



Figure 47.  (GD)



Figure 48.  (GD)

*Forensic Building Science*, Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Photo Log**



Figure 49. (GD)



Figure 50. (GD)

*Forensic Building Science*, Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Photo Log**



Figure 51. (GD)



Figure 52. (GD)

*Forensic Building Science,* Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Photo Log**



Figure 53.  (GD)



Figure 54.  (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Photo Log**



Figure 55.  (GD)



Figure 56.  (GD)

*Forensic Building Science*, Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Photo Log**



Figure 57.  (GD)



Figure 58.  (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Photo Log**



Figure 59. (GD)



Figure 60. (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 01.  (GD)



Figure 02.  (GD)

*Forensic Building Science*, Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 03.  (GD)



Figure 04.  (GD)

# *Forensic Building Science, Inc.*
## *Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 05.  (GD)



Figure 06.  (GD)

# *Forensic Building Science, Inc.*
### *Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 07.  (GD)



Figure 08.  (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 09.  (GD)



Figure 10.  (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 11.  (GD)



Figure 12.  (GD)

*F*orensic *B*uilding *S*cience, Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 13. (GD)



Figure 14. (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 15.  (GD)



Figure 16.  (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 17.  (GD)



Figure 18.  (GD)

*Forensic Building Science*, Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 19.  (GD)



Figure 20.  (GD)

*Forensic Building Science*, Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 21.  (GD)



Figure 22.  (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 23. (GD)



Figure 24. (GD)

Brabo 002255

# Forensic Building Science, Inc.
### Photo Log – October 14, 2019
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 25.  (GD)



Figure 26.  (GD)

Brabo 002256

# *Forensic Building Science, Inc.*

*Photo Log – October 14, 2019*

**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 27.  (GD)



Figure 28.  (GD)

*Forensic Building Science*, Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 29.  (GD)



Figure 30.  (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 31.  (GD)



Figure 32.  (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 33.  (GD)



Figure 34.  (GD)

## *Forensic Building Science, Inc.*
### *Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 35. (GD)



Figure 36. (GD)

*Forensic Building Science*, Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 37.  (GD)



Figure 38.  (GD)

*Forensic Building Science,* Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 39.  (GD)



Figure 40.  (GD)

## *Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 41.  (GD)



Figure 42.  (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 43. (GD)

Figure 44. (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 45.  (GD)



Figure 46.  (GD)

*Forensic Building Science*, Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 47.  (GD)



Figure 48.  (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 49.  (GD)



Figure 50.  (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 51. (GD)



Figure 52. (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 53. (GD)



Figure 54. (GD)

*Forensic Building Science,* Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 55.  (GD)



Figure 56.  (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 57. (GD)



Figure 58. (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 59.  (GD)



Figure 60.  (GD)

## *Forensic Building Science, Inc.*
### *Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 61.  (GD)



Figure 62.  (GD)

# *Forensic Building Science, Inc.*
### *Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 63.  (GD)



Figure 64.  (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 65.  (GD)



Figure 66.  (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 67.  (GD)



Figure 68.  (GD)

*Forensic Building Science*, Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 69.  (GD)



Figure 70.  (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 71.  (GD)



Figure 72.  (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 73. (GD)



Figure 74. (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 75.  (GD)



Figure 76.  (GD)

# *Forensic Building Science, Inc.*
### *Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 77.  (GD)



Figure 78.  (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 79. (GD)



Figure 80. (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 81.  (GD)



Figure 82.  (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 83.  (GD)



Figure 84.  (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 85.  (GD)



Figure 86.  (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 87.  (GD)



Figure 88.  (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 89.  (GD)



Figure 90.  (GD)

# Forensic Building Science, Inc.
## Photo Log – October 14, 2019
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 91.  (GD)



Figure 92.  (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 93. (GD)



Figure 94. (GD)

*Forensic Building Science*, Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 95.  (GD)



Figure 96.  (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 97.  (GD)



Figure 98.  (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 99.  (GD)



Figure 100.        (GD)

## Forensic Building Science, Inc.
### Photo Log – October 14, 2019
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 101.          (GD)



Figure 102.          (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 103.          (GD)



Figure 104.          (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 105.          (GD)



Figure 106.          (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 107.          (GD)



Figure 108.          (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 109.          (GD)



Figure 110.          (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 111.          (GD)



Figure 112.          (GD)

# *Forensic Building Science, Inc.*
## *Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 113.          (GD)



Figure 114.          (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 115.          (GD)



Figure 116.          (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 117.          (GD)



Figure 118.          (GD)

## Forensic *B*uilding *S*cience, Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 119.          (GD)



Figure 120.          (GD)

*Forensic Building Science*, Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 121.          (GD)



Figure 122.          (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 123.          (GD)



Figure 124.          (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 125.          (GD)



Figure 126.          (GD)

### Forensic Building Science, Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 127.          (GD)



Figure 128.          (GD)

Forensic Building Science, Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 129.          (GD)



Figure 130.          (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 131.          (GD)



Figure 132.          (GD)

### Forensic Building Science, Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 133.          (GD)



Figure 134.          (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 135.        (GD)



Figure 136.        (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 137.          (GD)



Figure 138.          (GD)

*F*orensic *B*uilding *S*cience, Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 139.          (GD)



Figure 140.          (GD)

*Forensic Building Science*, Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 141.          (GD)



Figure 142.          (GD)

# Forensic Building Science, Inc.
## Photo Log – October 14, 2019
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 143.          (GD)



Figure 144.          (GD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Interior Warehouse Photo Log**



Figure 145.          (GD)



Figure 146.          (GD)

*Forensic Building Science*, Inc.
*Photo Log - PUT DATE HERE*
**CLIENT: YPROJECT ADDRESS:** Z
November 13, 2019



Figure 01. (KJS)



Figure 02. (KJS)

Brabo 002317

*Forensic Building Science*, Inc.
*Photo Log - PUT DATE HERE*
**CLIENT: YPROJECT ADDRESS: Z**
November 13, 2019



Figure 03.  (KJS)



Figure 04.  (KJS)

Brabo 002318

*Forensic Building Science, Inc.*
*Photo Log - PUT DATE HERE*
**CLIENT: YPROJECT ADDRESS:** Z
November 13, 2019



Figure 05.  (KJS)



Figure 06.  (KJS)

Brabo 002319

*Forensic Building Science, Inc.*
*Photo Log - PUT DATE HERE*
**CLIENT: YPROJECT ADDRESS: Z**
**November 13, 2019**



Figure 07.  (KJS)

Figure 08.  (KJS)

Brabo 002320

*Forensic Building Science*, Inc.
*Photo Log - PUT DATE HERE*
**CLIENT: YPROJECT ADDRESS:** Z
**November 13, 2019**



Figure 09.  (KJS)



Figure 10.  (KJS)

Brabo 002321

*Forensic Building Science, Inc.*
*Photo Log - PUT DATE HERE*
**CLIENT: YPROJECT ADDRESS: Z**
**November 13, 2019**



Figure 11.  (KJS)



Figure 12.  (KJS)

Brabo 002322

*Forensic Building Science, Inc.*
*Photo Log - PUT DATE HERE*
**CLIENT: YPROJECT ADDRESS: Z**
November 13, 2019



Figure 13.  (KJS)



Figure 14.  (KJS)

Brabo 002323

*F*orensic *B*uilding *S*cience, Inc.
*Photo Log - PUT DATE HERE*
**CLIENT: YPROJECT ADDRESS:** Z
**November 13, 2019**



Figure 15.  (KJS)



Figure 16.  (KJS)

Brabo 002324

*Forensic Building Science,* Inc.
*Photo Log - PUT DATE HERE*
**CLIENT: YPROJECT ADDRESS:** Z
**November 13, 2019**



Figure 17.  (KJS)

Figure 18.  (KJS)

*Fo*rensic *B*uilding *S*cience, Inc.
*Photo Log - PUT DATE HERE*
**CLIENT: YPROJECT ADDRESS:** Z
**November 13, 2019**



Figure 19.  (KJS)



Figure 20.  (KJS)

*Forensic Building Science*, Inc.
*Photo Log - PUT DATE HERE*
**CLIENT: YPROJECT ADDRESS: Z**
November 13, 2019



Figure 21.  (KJS)

Figure 22.  (KJS)

Brabo 002327

*Forensic Building Science,* Inc.
*Photo Log - PUT DATE HERE*
**CLIENT: YPROJECT ADDRESS:** Z
**November 13, 2019**



Figure 23.  (KJS)



Figure 24.  (KJS)

*Forensic Building Science, Inc.*
*Photo Log - PUT DATE HERE*
**CLIENT: YPROJECT ADDRESS: Z**
November 13, 2019



Figure 25.  (KJS)



Figure 26.  (KJS)

Brabo 002329

*Forensic Building Science,* Inc.
*Photo Log - PUT DATE HERE*
**CLIENT: YPROJECT ADDRESS:** Z
**November 13, 2019**



Figure 27.  (KJS)



Figure 28.  (KJS)

Brabo 002330

*Forensic Building Science, Inc.*
*Photo Log - PUT DATE HERE*
**CLIENT: YPROJECT ADDRESS: Z**
**November 13, 2019**



Figure 29.  (KJS)



Figure 30.  (KJS)

Brabo 002331

*Forensic Building Science*, Inc.
*Photo Log - PUT DATE HERE*
**CLIENT: YPROJECT ADDRESS: Z**
November 13, 2019



Figure 31. (KJS)



Figure 32. (KJS)

*Forensic Building Science, Inc.*
*Photo Log - PUT DATE HERE*
**CLIENT: YPROJECT ADDRESS: Z**
November 13, 2019



Figure 33.  (KJS)

Figure 34.  (KJS)

Brabo 002333

*Forensic Building Science*, Inc.
*Photo Log - PUT DATE HERE*
**CLIENT: YPROJECT ADDRESS:** Z
November 13, 2019



Figure 35.  (KJS)



Figure 36.  (KJS)

Brabo 002334

*Fo*r*e*n*s*i*c *B*u*i*l*d*i*n*g *S*c*i*e*n*c*e*, Inc.
*Photo Log - PUT DATE HERE*
**CLIENT: YPROJECT ADDRESS: Z**
**November 13, 2019**



Figure 37.  (KJS)

Figure 38.  (KJS)

*Forensic Building Science*, Inc.
*Photo Log - PUT DATE HERE*
**CLIENT: YPROJECT ADDRESS:** Z
**November 13, 2019**



Figure 39.  (KJS)



Figure 40.  (KJS)

*Forensic Building Science*, Inc.
*Photo Log - PUT DATE HERE*
**CLIENT: YPROJECT ADDRESS:** Z
November 13, 2019



Figure 41.  (KJS)



Figure 42.  (KJS)

Brabo 002337

*Forensic Building Science, Inc.*
*Photo Log - PUT DATE HERE*
**CLIENT: YPROJECT ADDRESS: Z**
November 13, 2019



Figure 43.  (KJS)



Figure 44.  (KJS)

Brabo 002338

*F*orensic *B*uilding *S*cience, Inc.
*Photo Log - PUT DATE HERE*
**CLIENT: YPROJECT ADDRESS: Z**
**November 13, 2019**



Figure 45.  (KJS)



Figure 46.  (KJS)

*F*orensic *B*uilding *S*cience, Inc.
*Photo Log - PUT DATE HERE*
**CLIENT: YPROJECT ADDRESS: Z**
November 13, 2019



Figure 47.  (KJS)



Figure 48.  (KJS)

Brabo 002340

*Forensic Building Science, Inc.*
*Photo Log - PUT DATE HERE*
**CLIENT: YPROJECT ADDRESS:** Z
November 13, 2019



Figure 49.  (KJS)



Figure 50.  (KJS)

*F*orensic *B*uilding *S*cience, Inc.
*Photo Log - PUT DATE HERE*
**CLIENT: YPROJECT ADDRESS:** Z
November 13, 2019



Figure 51.  (KJS)

Figure 52.  (KJS)

Brabo 002342

*Forensic Building Science*, Inc.
*Photo Log - PUT DATE HERE*
**CLIENT: YPROJECT ADDRESS: Z**
**November 13, 2019**



Figure 53. (KJS)

Figure 54. (KJS)

*Forensic Building Science*, Inc.
*Photo Log - PUT DATE HERE*
**CLIENT: YPROJECT ADDRESS: Z**
November 13, 2019



Figure 55.  (KJS)



Figure 56.  (KJS)

Brabo 002344

*Forensic Building Science, Inc.*
*Photo Log - PUT DATE HERE*
**CLIENT: YPROJECT ADDRESS:** Z
**November 13, 2019**



Figure 57.  (KJS)



Figure 58.  (KJS)

*Forensic Building Science,* Inc.
*Photo Log - PUT DATE HERE*
**CLIENT: YPROJECT ADDRESS:** Z
November 13, 2019



Figure 59.  (KJS)



Figure 60.  (KJS)

*Forensic Building Science, Inc.*
*Photo Log - PUT DATE HERE*
**CLIENT: YPROJECT ADDRESS: Z**
November 13, 2019



Figure 61.  (KJS)



Figure 62.  (KJS)

*Forensic Building Science*, Inc.
*Photo Log - PUT DATE HERE*
**CLIENT: YPROJECT ADDRESS:** Z
November 13, 2019



Figure 63.  (KJS)



Figure 64.  (KJS)

*Forensic Building Science, Inc.*
*Photo Log - PUT DATE HERE*
**CLIENT: YPROJECT ADDRESS: Z**
**November 13, 2019**



Figure 65.  (KJS)



Figure 66.  (KJS)

Brabo 002349

*F*orensic *B*uilding *S*cience, Inc.
*Photo Log - PUT DATE HERE*
**CLIENT: YPROJECT ADDRESS: Z**
November 13, 2019



Figure 67.  (KJS)



Figure 68.  (KJS)

Brabo 002350

*Forensic Building Science, Inc.*
*Photo Log - PUT DATE HERE*
**CLIENT: YPROJECT ADDRESS: Z**
November 13, 2019



Figure 69.  (KJS)



Figure 70.  (KJS)

*Forensic Building Science*, Inc.
*Photo Log - PUT DATE HERE*
**CLIENT: YPROJECT ADDRESS: Z**
**November 13, 2019**



Figure 71.  (KJS)



Figure 72.  (KJS)

*Forensic Building Science, Inc.*
*Photo Log - PUT DATE HERE*
**CLIENT: YPROJECT ADDRESS: Z**
November 13, 2019



Figure 73. (KJS)



Figure 74. (KJS)

*Forensic Building Science, Inc.*
*Photo Log - PUT DATE HERE*
**CLIENT: YPROJECT ADDRESS:** Z
**November 13, 2019**



Figure 75.  (KJS)



Figure 76.  (KJS)

Brabo 002354

*Forensic Building Science,* Inc.
*Photo Log - PUT DATE HERE*
**CLIENT: YPROJECT ADDRESS: Z**
November 13, 2019



Figure 77.  (KJS)



Figure 78.  (KJS)

*Forensic Building Science, Inc.*
*Photo Log - PUT DATE HERE*
**CLIENT: YPROJECT ADDRESS: Z**
November 13, 2019



Figure 79.  (KJS)



Figure 80.  (KJS)

Forensic Building Science, Inc.
*Photo Log - PUT DATE HERE*
**CLIENT: YPROJECT ADDRESS: Z**
November 13, 2019



Figure 81.  (KJS)

Figure 82.  (KJS)

Brabo 002357

*Forensic Building Science,* Inc.
*Photo Log - PUT DATE HERE*
**CLIENT: YPROJECT ADDRESS:** Z
**November 13, 2019**



Figure 83.  (KJS)

Figure 84.  (KJS)

Brabo 002358

*Forensic Building Science,* Inc.
*Photo Log - PUT DATE HERE*
**CLIENT: YPROJECT ADDRESS: Z**
November 13, 2019



Figure 85.  (KJS)



Figure 86.  (KJS)

Reviewed: TJI

Brabo 002359

*Forensic Building Science*, Inc.
*Photo Log - PUT DATE HERE*
**CLIENT: YPROJECT ADDRESS:** Z
November 13, 2019



Figure 87.  (KJS)



Figure 88.  (KJS)

Brabo 002360

*Forensic Building Science*, Inc.
*Photo Log - PUT DATE HERE*
**CLIENT: YPROJECT ADDRESS:** Z
**November 13, 2019**



Figure 89.  (KJS)

Figure 90.  (KJS)

Brabo 002361

*Forensic Building Science,* Inc.
*Photo Log - PUT DATE HERE*
**CLIENT: YPROJECT ADDRESS:** Z
**November 13, 2019**



Figure 91.  (KJS)



Figure 92.  (KJS)

Brabo 002362

*Forensic Building Science*, Inc.
*Photo Log - PUT DATE HERE*
**CLIENT: YPROJECT ADDRESS:** Z
**November 13, 2019**



Figure 93.  (KJS)



Figure 94.  (KJS)

*Forensic Building Science*, Inc.
*Photo Log - PUT DATE HERE*
**CLIENT: YPROJECT ADDRESS: Z**
November 13, 2019



Figure 95.  (KJS)



Figure 96.  (KJS)

Brabo 002364

*F*orensic *B*uilding *S*cience, Inc.
*Photo Log - PUT DATE HERE*
**CLIENT: YPROJECT ADDRESS:** Z
**November 13, 2019**



Figure 97. (KJS)



Figure 98. (KJS)

Brabo 002365

*Forensic Building Science*, Inc.
*Photo Log - PUT DATE HERE*
**CLIENT: YPROJECT ADDRESS: Z**
November 13, 2019



Figure 99.  (KJS)



Figure 100.        (KJS)

*Forensic Building Science*, Inc.
*Photo Log - PUT DATE HERE*
**CLIENT: YPROJECT ADDRESS: Z**
November 13, 2019



Figure 101.        (KJS)



Figure 102.        (KJS)

Brabo 002367

*Forensic Building Science*, Inc.
*Photo Log - PUT DATE HERE*
**CLIENT: YPROJECT ADDRESS: Z**
November 13, 2019



Figure 103.          (KJS)



Figure 104.          (KJS)

*F*orensic *B*uilding *S*cience, Inc.
*Photo Log - PUT DATE HERE*
**CLIENT: YPROJECT ADDRESS: Z**
**November 13, 2019**



Figure 105.          (KJS)



Figure 106.          (KJS)

Forensic *Building Science*, Inc.
*Photo Log - PUT DATE HERE*
**CLIENT: YPROJECT ADDRESS:** Z
November 13, 2019



Figure 107.          (KJS)



Figure 108.          (KJS)

*Forensic Building Science*, Inc.
*Photo Log - PUT DATE HERE*
**CLIENT: YPROJECT ADDRESS:** Z
November 13, 2019



Figure 109.          (KJS)



Figure 110.          (KJS)

Brabo 002371

*Forensic Building Science, Inc.*
*Photo Log - PUT DATE HERE*
**CLIENT: YPROJECT ADDRESS:** Z
November 13, 2019



Figure 111.          (KJS)



Figure 112.          (KJS)

*Forensic Building Science, Inc.*
*Photo Log - PUT DATE HERE*
**CLIENT: YPROJECT ADDRESS:** Z
**November 13, 2019**



Figure 113.          (KJS)



Figure 114.          (KJS)

*Forensic Building Science*, Inc.
*Photo Log - PUT DATE HERE*
**CLIENT: YPROJECT ADDRESS:** Z
November 13, 2019



Figure 115.          (KJS)



Figure 116.          (KJS)

*Forensic Building Science*, Inc.
*Photo Log - PUT DATE HERE*
**CLIENT: YPROJECT ADDRESS:** Z
November 13, 2019



Figure 117.          (KJS)



Figure 118.          (KJS)

*Forensic Building Science,* Inc.
*Photo Log - PUT DATE HERE*
**CLIENT: YPROJECT ADDRESS: Z**
November 13, 2019



Figure 119.          (KJS)



Figure 120.          (KJS)

*Forensic Building Science*, Inc.
*Photo Log - PUT DATE HERE*
**CLIENT: YPROJECT ADDRESS:** Z
November 13, 2019



Figure 121.          (KJS)



Figure 122.          (KJS)

*Forensic Building Science, Inc.*
*Photo Log - PUT DATE HERE*
**CLIENT: YPROJECT ADDRESS:** Z
**November 13, 2019**



Figure 123.         (KJS)



Figure 124.         (KJS)

*Forensic Building Science, Inc.*
*Photo Log - PUT DATE HERE*
**CLIENT: YPROJECT ADDRESS: Z**
November 13, 2019



Figure 125.          (KJS)



Figure 126.          (KJS)

*Forensic Building Science*, Inc.
*Photo Log - PUT DATE HERE*
**CLIENT: YPROJECT ADDRESS: Z**
November 13, 2019



Figure 127.          (KJS)



Figure 128.          (KJS)

*Forensic Building Science*, Inc.
*Photo Log - PUT DATE HERE*
**CLIENT: YPROJECT ADDRESS:** Z
November 13, 2019



Figure 129.          (KJS)



Figure 130.          (KJS)

*Forensic Building Science*, Inc.
*Photo Log - PUT DATE HERE*
**CLIENT: YPROJECT ADDRESS:** Z
November 13, 2019



Figure 131.          (KJS)



Figure 132.          (KJS)

Forensic *B*uilding *S*cience, Inc.
*Photo Log - PUT DATE HERE*
**CLIENT: YPROJECT ADDRESS: Z**
November 13, 2019



Figure 133.          (KJS)



Figure 134.          (KJS)

Brabo 002383

*Forensic Building Science, Inc.*
*Photo Log - PUT DATE HERE*
**CLIENT: YPROJECT ADDRESS: Z**
November 13, 2019



Figure 135.          (KJS)



Figure 136.          (KJS)

Brabo 002384

*Forensic Building Science, Inc.*
*Photo Log - PUT DATE HERE*
**CLIENT: YPROJECT ADDRESS: Z**
November 13, 2019



Figure 137.         (KJS)



Figure 138.         (KJS)

Brabo 002385

*Forensic Building Science*, Inc.
*Photo Log - PUT DATE HERE*
**CLIENT: YPROJECT ADDRESS: Z**
November 13, 2019



Figure 139.          (KJS)



Figure 140.          (KJS)

*Forensic Building Science, Inc.*
*Photo Log - PUT DATE HERE*
**CLIENT: YPROJECT ADDRESS: Z**
November 13, 2019



Figure 141.          (KJS)



Figure 142.          (KJS)

Brabo 002387

*Forensic Building Science,* Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**


Figure 01.  (SRD)


Figure 02.  (SRD)

Reviewed: TJI

Brabo 002388

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 03.  (SRD)



Figure 04.  (SRD)

## *Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 05.  (SRD)



Figure 06.  (SRD)

Brabo 002390

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 07.  (SRD)



Figure 08.  (SRD)

Reviewed: TJI

*Forensic Building Science*, Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 09.  (SRD)



Figure 10.  (SRD)

# Forensic Building Science, Inc.
### Photo Log – October 14, 2019
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 11. (SRD)



Figure 12. (SRD)

Forensic *Building Science*, Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 13. (SRD)



Figure 14. (SRD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 15.  (SRD)



Figure 16.  (SRD)

*Forensic Building Science*, Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 17.  (SRD)



Figure 18.  (SRD)

Brabo 002396

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 19.  (SRD)



Figure 20.  (SRD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 21.  (SRD)



Figure 22.  (SRD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 23.  (SRD)



Figure 24.  (SRD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 25.  (SRD)



Figure 26.  (SRD)

Brabo 002400

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 27.  (SRD)



Figure 28.  (SRD)

# Forensic Building Science, Inc.

### Photo Log – October 14, 2019

**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405

**Roof Photo Log**



Figure 29.  (SRD)



Figure 30.  (SRD)

Brabo 002402

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 31. (SRD)



Figure 32. (SRD)

Brabo 002403

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 33. (SRD)



Figure 34. (SRD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 35. (SRD)



Figure 36. (SRD)

*Forensic Building Science*, Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 37.  (SRD)



Figure 38.  (SRD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 39.  (SRD)



Figure 40.  (SRD)

Brabo 002407

Forensic Building Science, Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 41. (SRD)



Figure 42. (SRD)

*Forensic Building Science*, Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 43.  (SRD)



Figure 44.  (SRD)

## Forensic Building Science, Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 45. (SRD)



Figure 46. (SRD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 47. (SRD)



Figure 48. (SRD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 49.  (SRD)



Figure 50.  (SRD)

Brabo 002412

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 51. (SRD)



Figure 52. (SRD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 53.  (SRD)



Figure 54.  (SRD)

*Forensic Building Science,* Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 55.  (SRD)



Figure 56.  (SRD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 57.  (SRD)



Figure 58.  (SRD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 59.  (SRD)



Figure 60.  (SRD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 61.  (SRD)



Figure 62.  (SRD)

Brabo 002418

*Forensic Building Science*, Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 63.  (SRD)



Figure 64.  (SRD)

*Forensic Building Science*, Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 65.  (SRD)



Figure 66.  (SRD)

Brabo 002420

*Forensic Building Science*, Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 67.  (SRD)



Figure 68.  (SRD)

# *Forensic Building Science, Inc.*
## *Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
### Roof Photo Log



Figure 69.  (SRD)



Figure 70.  (SRD)

# *F*orensic *B*uilding *S*cience, Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 71.  (SRD)



Figure 72.  (SRD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 73.  (SRD)



Figure 74.  (SRD)

*Forensic Building Science*, Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 75.  (SRD)



Figure 76.  (SRD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 77.  (SRD)



Figure 78.  (SRD)

## *Forensic Building Science, Inc.*
### *Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 79.  (SRD)



Figure 80.  (SRD)

## *Forensic Building Science, Inc.*
### *Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 81.  (SRD)



Figure 82.  (SRD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 83.  (SRD)



Figure 84.  (SRD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 85.  (SRD)



Figure 86.  (SRD)

*Forensic Building Science*, Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 87.  (SRD)



Figure 88.  (SRD)

*Forensic Building Science*, Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 89.  (SRD)



Figure 90.  (SRD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 91.  (SRD)



Figure 92.  (SRD)

Brabo 002433

*Forensic Building Science*, Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 93.  (SRD)



Figure 94.  (SRD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 95.  (SRD)



Figure 96.  (SRD)

# *Forensic Building Science, Inc.*
## *Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 97.  (SRD)



Figure 98.  (SRD)

Reviewed: TJI

Brabo 002436

*Forensic Building Science,* Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 99.  (SRD)



Figure 100.        (SRD)

*Forensic Building Science*, Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 101.          (SRD)



Figure 102.          (SRD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 103.          (SRD)



Figure 104.          (SRD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 105.        (SRD)



Figure 106.        (SRD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 107.          (SRD)



Figure 108.          (SRD)

*Forensic Building Science*, Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 109.         (SRD)



Figure 110.         (SRD)

*Forensic Building Science*, Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 111.          (SRD)



Figure 112.          (SRD)

*Forensic Building Science*, Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 113.          (SRD)



Figure 114.          (SRD)

# *Forensic Building Science, Inc.*
### *Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 115.        (SRD)



Figure 116.        (SRD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 117.          (SRD)



Figure 118.          (SRD)

*Forensic Building Science,* Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 119.          (SRD)



Figure 120.          (SRD)

*Forensic Building Science*, Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 121.          (SRD)



Figure 122.          (SRD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 123.          (SRD)



Figure 124.          (SRD)

# Forensic Building Science, Inc.
### Photo Log – October 14, 2019
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 125.          (SRD)



Figure 126.          (SRD)

*Forensic Building Science*, Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 127.          (SRD)



Figure 128.          (SRD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 129.          (SRD)



Figure 130.          (SRD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 131.         (SRD)



Figure 132.         (SRD)

*Forensic Building Science*, Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 133.          (SRD)



Figure 134.          (SRD)

Brabo 002454

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 135.          (SRD)



Figure 136.          (SRD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 137.          (SRD)



Figure 138.          (SRD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 139.          (SRD)



Figure 140.          (SRD)

Brabo 002457

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 141.          (SRD)



Figure 142.          (SRD)

Brabo 002458

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 143.          (SRD)



Figure 144.          (SRD)

*Forensic Building Science,* Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 145.          (SRD)



Figure 146.          (SRD)

Brabo 002460

*Forensic Building Science*, Inc.
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 147.          (SRD)



Figure 148.          (SRD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 149.          (SRD)



Figure 150.          (SRD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 151.          (SRD)



Figure 152.          (SRD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 153.          (SRD)



Figure 154.          (SRD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 155.          (SRD)



Figure 156.          (SRD)

*Forensic Building Science, Inc.*
*Photo Log – October 14, 2019*
**CLIENT:** Brabo International
**PROJECT ADDRESS:** 11909 Auburn Rd, Laredo, TX 78405
**Roof Photo Log**



Figure 157.          (SRD)



Figure 158.          (SRD)

Brabo 002466